J. Dino Vasquez, CSB #146725
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 223-1313
dvasquez@karrtuttle.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSPUR GROUP CO., LTD., INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., AIVRES SYSTEMS INC., F/K/A INSPUR SYSTEMS, INC., BETAPEX INC., F/K/A/ INSPUR ASSET HOLDINGS, INC., INPUR USA INC., AND KAYTUS SINGAPORE PTE. LTD.,<br><br>Defendants. | CASE NO. 3:24-CV-2220-PHK<br><br>Noticed: June 21, 2024 at 1:00 pm |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant Inspur USA Inc. ("Inspur USA") files this Unopposed Motion to Extend Time to Answer the Complaint. Inspur USA contacted Hewlett Packard Enterprise Company Ltd.'s ("HPE's") counsel regarding the relief sought herein, and HPE agrees to a 45-day extension for Inspur USA to file an answer or otherwise respond to the Complaint. With the extension, the answer or other response to the Complaint will be due on June 27, 2024 for Inspur USA. Inspur USA waives any objections to the method, form, and/or substance of service for the purposes of this action. Other than as set forth above, Inspur USA will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER COMPLAINT - 1
CASE NO. 3:24-cv-2220-PHK
#5587471 v1 / 47218-009

Dated this 13th day of May, 2024.

                                                        *s/ J. Dino Vasquez*
J. Dino Vasquez, CSB # 146725
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dvasquez@karrtuttle.com

*Attorneys for Defendant Inspur USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Heather L. Hattrup*
Heather L. Hattrup
Legal Assistant to J. Dino Vasquez