**LEYDIG, VOIT & MAYER, LLP**

Arthur J. Bobel (CA Bar No. 251988)
Gerald T. Gray (CA Bar No. 184567)
The Atrium Building
1981 N. Broadway, Suite 375
Walnut Creek, CA 94596
Telephone: (925) 482-0100
Facsimile:  (925) 482-0110
abobel@leydig.com
ggray@leydig.com

**LEYDIG, VOIT & MAYER, LTD.**

David M. Airan (IL Bar No. 6215687)
(*pro hac vice* application forthcoming)
James W. Sanner (IL Bar No. 6327546)
(*pro hac vice* application forthcoming)
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6780
Telephone: (312) 616-5600
Facsimile:  (312) 616-5700
dairan@leydig.com
jsanner@leydig.com

**Attorneys for Defendants
Aivres Systems Inc. and Betapex Inc.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY LTD., <br><br> Plaintiff, <br><br> v. <br><br> INSPUR GROUP CO., LTD., et al., <br><br> Defendants. | CASE NO. 3:24-cv-02220-PHK |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendants Aivres Systems Inc. ("Aivres") and Betapex Inc. ("Betapex") jointly file this Motion to Extend Time to Answer the Complaint. Aivres and Betapex contacted Plaintiff's counsel regarding the relief sought herein, and Plaintiff agrees to a 45-day extension for Aivres and Betapex to file an answer or otherwise respond to the Complaint. With the extension, the answer or other response to the Complaint will be due on June 27, 2024 for Aivres and Betapex. Aivres and Betapex waive any objections to the method, form, and/or substance of service for the purposes of this action. Other than as set forth above, Aivres and Betapex will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

DATED: May 13, 2024  By:  /s/ Arthur J. Bobel
         Arthur J. Bobel (CA Bar No. 251988)
         Gerald T. Gray (CA Bar No. 184567)
         **LEYDIG, VOIT & MAYER, LLP**
         The Atrium Building
         1981 N. Broadway, Suite 375
         Walnut Creek, CA 94596
         Telephone:   (925) 482-0100
         Facsimile:   (925) 482-0110
         abobel@leydig.com
         ggray@leydig.com

         David M. Airan (IL Bar No. 6215687)
         (*pro hac vice* application forthcoming)

| | |
|---|---|
| 1 | James W. Sanner (IL Bar No. 6327546) |
| 2 | (*pro hac vice* application forthcoming) |

James W. Sanner (IL Bar No. 6327546)
(*pro hac vice* application forthcoming)
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6780
Telephone:     (312) 616-5600
Facsimile:      (312) 616-5700
dairan@leydig.com
jsanner@leydig.com

**Attorneys for Defendants**
**Aivres Systems Inc. and Betapex Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document via the Court's CM/ECF system per Local Rule 5-1(h)(1). Any other counsel of record will be served by U.S. Mail or hand delivery.

                                                             */s/ Arthur J. Bobel*
                                                             Arthur J. Bobel