Kevin W. Kirsch, SBN 166184
kkirsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T: 614-228-1541
F: 614-462-2616

*Attorney for Defendant*
INSPUR GROUP CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY | Case No.: 3:24-cv-02220-PHK |
| Plaintiff | Magistrate Judge Peter H. Kang |
| v. | **DEFENDANT INSPUR GROUP CO., LTD.'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL RESPONSE TO COMPLAINT** |
| INSPUR GROUP CO., LTD., et al. | |
| Defendants | |

Defendant Inspur Group Co., Ltd. ("Inspur Group") files this Motion for Extension of Time to File Initial Response to Complaint. Inspur Group contacted Hewlett Packard Enterprise Company Ltd.'s ("HPE's") counsel regarding the relief sought herein, and HPE agreed to a 120-day extension for Inspur Group to file an answer or otherwise respond to the Complaint. With the extension, the answer or other response to the Complaint will be due on August 26, 2024 for Inspur Group. Inspur Group waives any objections to the method, form, and/or substance of service for the purposes of this action. Other than as set forth above, Inspur Group will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

Dated: May 16, 2024

*/s/ Kevin W. Kirsch*
Kevin W. Kirsch

*Attorney for Defendant*
INSPUR GROUP CO., LTD.