Sean Cunningham (Bar No. 174931)
sean.cunningham@us.dlapiper.com
Erin P. Gibson (Bar No. 229305)
erin.gibson@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

Helena D. Kiepura
helena.kiepura@us.dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

Brent K. Yamashita (Bar No. 206890)
Brent.Yamashita@us.dlapiper.com
**DLA PIPER LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

*Attorneys for Plaintiff*
HEWLETT PACKARD ENTERPRISE COMPANY

Kevin W. Kirsch, SBN 166184
kkirsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T: 614-228-1541
F: 614-462-2616

*Attorney for Defendant*
INSPUR GROUP CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY<br><br>Plaintiff<br><br>v.<br><br>INSPUR GROUP CO., LTD., et al.<br><br>Defendants | Case No.: 4:24-cv-02220-JST<br><br>Judge Jon S. Tigar<br><br>**STIPULATION TO EXTEND DEFENDANT INSPUR GROUP CO., LTD.'S DEADLINE FOR INITIAL RESPONSE TO COMPLAINT** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

Under Civil Local Rule 6-1(a), Plaintiff Hewlett Packard Enterprise Company and Defendant Inspur Group Co., Ltd. ("Inspur Group") stipulate to a 120-day extension of Inspur Group's deadline for its initial response to the complaint. Inspur Group's new deadline for its initial response to the complaint is Monday, August 26, 2024.

Inspur Group waives any objections to the method, form, and substance of service of the complaint. Inspur Group does not waive any other defenses or objections.

Respectfully submitted,

**DLA PIPER LLP (US)**

Dated: May 21, 2024         */s/ Sean C. Cunningham (with authorization)*
Sean C. Cunningham
Erin P. Gibson
Brent K. Yamashita
Helena D. Kiepura
*Attorneys for Plaintiff*
HEWLETT PACKARD ENTERPRISE COMPANY

**BAKER & HOSTETLER LLP**

Dated: May 21, 2024         */s/ Kevin W. Kirsch*
Kevin W. Kirsch

*Attorney for Defendant*
INSPUR GROUP CO., LTD.