J. Dino Vasquez, CSB #146725
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 223-1313
dvasquez@karrtuttle.com

*Attorneys for Defendant Inspur USA Inc.*

DLA PIPER LLP (US)
Sean Cunningham (Bar No. 174931)
sean.cunningham@us.dlapiper.com
Erin P. Gibson (Bar No. 229305)
erin.gibson@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

Brent K. Yamashita (Bar No. 206890)
Brent.Yamashita@us.dlapiper.com
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Helena D. Kiepura
helena.kiepura@us.dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

*Attorneys for Plaintiff Hewlett Packard Enterprise Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company.<br><br>Defendants. | Case No. 4:24-cv-02220-JST<br><br>**STIPULATION TO EXTEND TIME FOR INSPUR USA, INC. TO RESPOND TO COMPLAINT**<br><br>Action Filed: April 15, 2024 |

Pursuant to Civil L.R. 6-2 and 7-12, and subject to the Court's approval, Plaintiff Hewlett Packard Enterprise Company ("HPE") and Defendant Inspur USA Inc. ("Inspur USA") stipulate as follows:

1. On April 15, 2024, HPE filed its Complaint (Dkt. 1). On May 13, 2024, Inspur USA filed an Unopposed Motion to Extend Time to Answer Complaint. (Dkt. 20). HPE agrees to a further extension of time for Inspur USA to respond to the complaint to August 26, 2024 to answer or otherwise respond to the Complaint.

2. Accordingly, Inspur USA will have until and including August 26, 2024 to answer or otherwise respond to the Complaint.

3. This proposed extension will not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED**.

DATED: June 27, 2024                KARR TUTTLE CAMPBELL

*/s/ J. Dino Vasquez*
J. Dino Vasquez, CSB #146725

/s/ *Nathan T. Paine*
Nathan T. Paine

Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone (206) 223-1313
dvasquez@karrtuttle.com

*Attorneys for Defendant Inspur USA Inc.*

| | | |
|---|---|---|
| 1 | DATED: June 25, 2024 | DLA PIPER LLP (US) |

By: */s/ Sean Cunningham (with authorization)*
Sean Cunningham
sean.cunningham@us.dlapiper.com
Erin P. Gibson
erin.gibson@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

Brent K. Yamashita
Brent.Yamashita@us.dlapiper.com
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Helena D. Kiepura
helena.kiepura@us.dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

Amy Lydon
Amy.Lydon@us.dlapiper.com
Claire Schuster
Claire.schuster@us.dlapiper.com
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

Michael L. Burns
michael.burns@us.dlapiper.com
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

Stephanie M. Piper
stephanie.piper@us.dlapiper.com
1251 Avenue of the Americas 27th Floor
New York, NY 10020
Telephone: (212) 335-4726
Facsimile: (212) 884-8526

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Angela Whitesell
Angela.whitesell@us.dlapiper.com
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5644

Aima Mori  aima.mori@us.dlapiper.com
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 251-5710
Facsimile: (312) 236-7516

Michael Saulnier
Michael.saulnier@us.dlapiper.com
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7234
Facsimile: (512) 721-2234

*Attorneys for Plaintiff Hewlett Packard Enterprise Company*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

/s/ *Nathan T. Paine*
Nathan T. Paine