ARTHUR J. BOBEL (CA Bar No. 251988)
*abobel@leydig.com*
GERALD T. GRAY (CA Bar No. 184567)
*ggray@leydig.com*
LEYDIG, VOIT & MAYER, LLP
The Atrium Building
1981 N. Broadway, Suite 375
Walnut Creek, CA 94596
Telephone: (925) 482-0100
Facsimile: (925) 482-0110

DAVID M. AIRAN (Illinois Bar No. 6215687)
(*pro hac vice* application forthcoming)
*dairan@leydig.com*
JAMES W. SANNER (Illinois Bar No. 6327546)
(*pro hac vice* application forthcoming)
*jsanner@leydig.com*
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

**Attorneys for Defendant**
**Aivres Systems Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSPUR GROUP CO., LTD., et al.,<br><br>Defendants. | CASE NO. 4:24-cv-02220-JST<br><br>**DEFENDANTS AIVRES SYSTEMS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND CORPORATE DISCLOSURE STATEMENT** |

**AIVRES SYSTEMS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Northern District of California Civil L.R. 3-15, the undersigned certifies on behalf of Defendant AIVRES SYSTEMS INC. that the following listed persons, associations of persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. KAYTUS SINGAPORE PTE. LTD. (Defendant AIVRES SYSTEMS INC. is a wholly owned subsidiary of KAYTUS SINGAPORE PTE. LTD.).

**AIVRES SYSTEMS INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant AIVRES SYSTEMS INC. hereby discloses that AIVRES SYSTEMS INC. is a wholly owned subsidiary of KAYTUS SINGAPORE PTE. LTD. No publicly held company owns 10% or more of Defendant AIVRES SYSTEMS INC.'s stock.

DATED: June 27, 2024

By: */s/ Arthur J. Bobel*

Arthur J. Bobel (CA Bar No. 251988)
*abobel@leydig.com*
Gerald T. Gray (CA Bar No. 184567)
*ggray@leydig.com*
LEYDIG, VOIT & MAYER, LLP
The Atrium Building
1981 N. Broadway, Suite 375
Walnut Creek, CA 94596
Telephone: (925) 482-0100
Facsimile: (925) 482-0110

David M. Airan (IL Bar No. 6215687)
(*pro hac vice* application forthcoming)
*dairan@leydig.com*
James W. Sanner (IL Bar No. 6327546)
(*pro hac vice* application forthcoming)
*jsanner@leydig.com*
LEYDIG, VOIT & MAYER, LTD.

Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6780
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

**Attorneys for Defendant Aivres Systems Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 27, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document via the Court's CM/ECF system per Local Rule 5-1(h)(1).

*/s/ Arthur J. Bobel*
Arthur J. Bobel