Brandon Stroy (SBN: 289090)
bstroy@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorney for Defendant
KAYTUS Singapore Pte. Ltd.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company.<br>            Defendants. | Case No. 4:24-cv-02220-JST |

**NOTICE OF APPEARANCE**

Defendant KAYTUS Singapore Pte. Ltd. ("KAYTUS Singapore") files this Notice of Appearance and hereby notify the Court that Brandon H. Stroy of the law firm Nixon Peabody LLP, One Embarcadero Center, 32nd Floor, San Francisco, CA 94111 is appearing as counsel for Defendant KAYTUS Singapore. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: July 16, 2024 | By: /s/ Brandon Stroy |
| 4 | | Brandon Stroy (CA Bar No. 289090)<br>**Nixon Peabody LLP** |
| 5 | | One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 |
| 6 | | Tel: 415-984-8200<br>Fax: 415-984-8300 |
| 7 | | Email: bstroy@nixonpeabody.com |
| 8 | | **Attorney for Defendant**<br>**KAYTUS Singapore Ptd. Ltd.** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 12, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document via the Court's CM/ECF system per Local Rule 5-1(h)(1). Any other counsel of record will be served by U.S. Mail or hand delivery.

/s/ Brandon Story
Brandon H. Stroy

NOTICE OF APPEARANCE