QUINN EMANUEL URQUHART &
SULLIVAN, LLP
David Eiseman (Bar No. 114758)
davideiseman@quinnemanuel.com
Elle Xuemeng Wang (Bar No. 328839)
ellewang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Mark Tung (Bar No. 245782)
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: 650-801-5000
Fax: 650-801-5100

*Attorneys for Defendant IEIT Systems Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese Company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company,<br><br>Defendants. | Case No. 4:24-cv-02220-JST<br><br>**DEFENDANT IEIT SYSTEMS CO., LTD.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed: April 15, 2024 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil L.R. 3-15, Defendant IEIT Systems Co., Ltd. (incorrectly sued as Inspur Electronic Information Industry Co. Ltd.) ("IEIT Systems") certifies through its undersigned counsel of record that it is a publicly held corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, IEIT Systems certifies through its undersigned counsel that as of this date, there is no conflict of interest (other than the named parties) to report.

DATED: July 23, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Eiseman*

David Eiseman
davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

*Attorneys for Defendant IEIT Systems Co., Ltd.*