J. Dino Vasquez, CSB #146725
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
dvasquez@karrtuttle.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSPUR GROUP CO., LTD., INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., AIVRES SYSTEMS INC., F/K/A INSPUR SYSTEMS, INC., BETAPEX INC., F/K/A/ INSPUR ASSET HOLDINGS, INC., INSPUR USA INC., AND KAYTUS SINGAPORE PTE. LTD.,<br><br>Defendants. | CASE NO. 4:24-CV-02220-PHK<br><br>DEFENDANT INSPUR USA INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Inspur USA Inc. is a wholly owned subsidiary of Langchao Worldwide Service Ltd., a Cayman Islands corporation.

Dated this 23rd day of July 2024.

KARR TUTTLE CAMPBELL

*s/ J Dino Vasquez*
J. Dino Vasquez, CSB # 146725
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dvasquez@karrtuttle.com
*Attorneys for Defendant Inspur USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Julie Nesbitt*
Legal Assistant