Edgar H. Haug
Robert E. Colletti
HAUG PARTNERS LLP
745 Fifth Avenue, New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500
Email: EHaug@haugpartners.com
Email: RColletti@haugpartners.com

Sasha G. Rao
Brandon Stroy
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Email: srao@nixonpeabody.com
Email: bstroy@nixonpeabody.com

*Attorneys for Defendant KAYTUS SINGAPORE PTE. LTD.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,

Plaintiff,

v.

INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese Company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company,

Defendants.

**DEFENDANT KAYTUS SINGAPORE PTE. LTD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND CORPORATE DISCLOSURE STATEMENT**

Case No. 4:24-cv-02220-JST

**KAYTUS SINGAPORE PTE. LTD'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Northern District of California Civil L.R. 3-15, the undersigned certifies on behalf of Defendant KAYTUS SINGAPORE PTE. LTD., that the following listed persons, associations of persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- KAYTUS Group Limited, located at OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands

**KAYTUS SINGAPORE PTE. LTD'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Fed. R. Civ. P. 7.1, Defendant KAYTUS SINGAPORE PTE. LTD. hereby discloses that KAYTUS SINGAPORE PTE. LTD. is a wholly owned subsidiary of KAYTUS Group Limited. No publicly held company owns 10% or more of Defendant KAYTUS SINGAPORE PTE. LTD.'s stock.

Dated: July 26, 2024

HAUG PARTNERS LLP
NIXON PEABODY LLP

By: /s/ Sasha G. Rao

Edgar H. Haug
Robert E. Colletti
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500
Email: EHaug@haugpartners.com
Email: RColletti@haugpartners.com

Sasha G. Rao
Brandon Stroy
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111

Tel: 415-984-8200
Fax: 415-984-8300
Email: srao@nixonpeabody.com
Email: bstroy@nixonpeabody.com

*Attorneys for Defendant*
*KAYTUS SINGAPORE PTE. LTD.*