Kevin W. Kirsch, SBN 166184
kkirsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215-4138
T: 614-228-1541
F: 614-462-2616

*Attorney for Defendant*
INSPUR GROUP CO., LTD.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY<br><br>Plaintiff<br><br>v.<br><br>INSPUR GROUP CO., LTD., et al.<br><br>Defendants | Case No. 4:24-cv-02220-JST<br><br>*District Judge Jon S. Tigar*<br><br>**INSPUR GROUP CO. LTD.'S CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-15, Defendant INSPUR GROUP CO., LTD. ("Inspur Group") files this Disclosure Statement and Certificate of Interested Parties.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and the entity listed below, there is no such interest to report.

Inspur Group certifies, by and through its undersigned counsel of record, that it is a privately held limited company, that it does not have a parent company, and no publicly held corporation owns 10% or more of its stock.

The filing of this document and the certifications herein shall not be construed as consent to jurisdiction. It is Inspur Group's position that this Court lacks personal jurisdiction over Inspur Group.

Respectfully submitted,

BAKER & HOSTETLER LLP

Dated: July 29, 2024        By: */s/ Kevin W. Kirsch*
                                Kevin W. Kirsch

Attorney for Defendant Inspur Group Co., LTD.