ARTHUR J. BOBEL (CA Bar No. 251988)
*abobel@leydig.com*
GERALD T. GRAY (CA Bar No. 184567)
*ggray@leydig.com*
LEYDIG, VOIT & MAYER, LLP
The Atrium Building
1981 N. Broadway, Suite 375
Walnut Creek, CA 94596
Telephone: (925) 482-0100
Facsimile: (925) 482-0110

DAVID M. AIRAN (*pro hac vice application forthcoming*)
*dairan@leydig.com*
GREGORY C. BAYS (*admitted pro hac vice*)
*gbays@leydig.com*
AARON R. FEIGELSON (*admitted pro hac vice*)
*afeigelson@leydig.com*
LEONARD Z. HUA (*admitted pro hac vice*)
*lhua@leydig.com*
JAMES W. SANNER (*pro hac vice application forthcoming*)
*jsanner@leydig.com*
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

**Attorneys for Defendant**
**Betapex Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSPUR GROUP CO., LTD., et al.,<br><br>Defendants. | CASE NO. 4:24-cv-02220-JST<br><br>**DEFENDANTS BETAPEX INC.'S CORRECTED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND CORRECTED CORPORATE DISCLOSURE STATEMENT** |

**BETAPEX INC.'S CORRECTED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Northern District of California Civil L.R. 3-15, the undersigned certifies on behalf of Defendant BETAPEX INC. ("Betapex") that the following listed persons, associations of persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. KAYTUS GROUP LIMITED (Defendant BETAPEX INC. is a wholly owned subsidiary of KAYTUS GROUP LIMITED).

**BETAPEX INC.'S CORRECTED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant BETAPEX INC. hereby discloses that BETAPEX INC. is a wholly owned subsidiary of KAYTUS GROUP LIMITED. No publicly held company owns 10% or more of Defendant BETAPEX INC.'s stock.

This Corrected Certification of Interested Entities and Corrected Corporate Disclosure Statement corrects an inadvertent error in Betapex's prior filed Certification of Interested Entities and Corporate Disclosure Statement of June 27, 2024. In the statement of June 27, 2024, Betapex inadvertently identified KAYTUS SINGAPORE PTE. LTD. as both an interested entity Pursuant To Civil L.R. 3-15 and the parent corporation to Betapex. The identification of KAYTUS SINGAPORE PTE. LTD. in such capacities was incorrect. Rather, the identification of KAYTUS GROUP LIMITED, as shown above, should have been made in the original Certification of Interested Entities and Corrected Corporate Disclosure Statement of June 27, 2024 as both an interested entity Pursuant To Civil L.R. 3-15 and the parent corporation to Betapex. This Corrected Certification of Interested Entities and Corrected Corporate Disclosure Statement corrects the record to indicate KAYTUS GROUP LIMITED as the appropriate corporate entity in these capacities.

DATED: August 21, 2024 By: */s/ Arthur J. Bobel*

Arthur J. Bobel (CA Bar No. 251988)
*abobel@leydig.com*
Gerald T. Gray (CA Bar No. 184567)
*ggray@leydig.com*
LEYDIG, VOIT & MAYER, LLP
The Atrium Building
1981 N. Broadway, Suite 375
Walnut Creek, CA 94596
Telephone: (925) 482-0100
Facsimile: (925) 482-0110

David M. Airan (IL Bar No. 6215687)
(*pro hac vice* application forthcoming)
*dairan@leydig.com*
Gregory C. Bays (admitted *pro hac vice)*
*gbays@leydig.com*
Aaron R. Feigelson (admitted *pro hac vice*)
*afeigelson@leydig.com*
Leornard Z. Hua (admitted *pro hac vice*)
*lhua@leydig.com*
James W. Sanner (IL Bar No. 6327546)
(*pro hac vice* application forthcoming)
*jsanner@leydig.com*
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6780
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

**Attorneys for Defendant**
**Betapex Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document via the Court's CM/ECF system per Local Rule 5-1(h)(1).

*/s/ Arthur J. Bobel*
Arthur J. Bobel