**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY<br>Plaintiff<br>v.<br>INSPUR GROUP CO., LTD., et al.<br>Defendants | Case No. 4:24-cv-02220-JST<br>**[PROPOSED] ORDER GRANTING INSPUR GROUP CO., LTD.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2), OR ALTERNATIVELY UNDER FED. R. CIV. P. 12(b)(6)** |

The Court, having considered Defendant Inspur Group Co., Ltd. ("Inspur Group")'s motion to dismiss, orders that Inspur Group's motion is **GRANTED**.

Plaintiff Hewlett Packard Enterprise Company's claims against Inspur Group are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________________
Honorable Jon S. Tigar
United States District Judge