Edgar H. Haug
Robert E. Colletti
HAUG PARTNERS LLP
745 Fifth Avenue, New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500
Email: EHaug@haugpartners.com
Email: RColletti@haugpartners.com

Sasha G. Rao (SBN 244303)
Brandon H. Stroy (SBN 289090)
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Email: srao@nixonpeabody.com
Email: bstroy@nixonpeabody.com

*Attorneys for Defendant KAYTUS SYSTEMS PTE. LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,

Plaintiff,

v.

INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese Company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company,

Defendants.

Case No. 4:24-cv-02220-JST

**DECLARATION OF ROBERT E. COLLETTI IN SUPPORT OF DEFENDANT KAYTUS SYSTEMS PTE. LTD'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

Judge: The Honorable Jon S. Tigar

I, Robert E. Colletti, state and declare as follows:

1. I am a partner in the law firm of Haug Partners LLP, located at 745 Fifth Avenue, New York, New York, 10151, and counsel for Defendant *KAYTUS SYSTEMS PTE. LTD*. in the above-captioned matter.

2. The Complaint (ECF No. 1) references the following website at paragraphs 46 and 74 (the "Internet Archives Contact Page"):

https://web.archive.org/web/20231204152754/https:/www.kaytus.com/about/contact/index.html

3. Attached hereto as Exhibit A, is a true and correct copy of the Internet Archives Contact Page, as it appeared when accessed on August 26, 2024.

4. Attached hereto as Exhibit B, is a true and correct copy of the Internet Archives Contact Page, with the section titled "Asia-Pacific" expanded, as it appeared when accessed on August 26, 2024.

5. Attached hereto as Exhibit C, is a true and correct copy of the Internet Archives Contact Page, with the section titled "Middle-East & Turkey" expanded, as it appeared when accessed on August 26, 2024.

6. Attached hereto as Exhibit D, is a true and correct copy of the Internet Archives Contact Page, with the section titled "Europe" expanded, as it appeared when accessed on August 26, 2024.

7. Attached hereto as Exhibit E, is a true and correct copy of the Internet Archives Contact Page, with the section titled "North America" expanded, as it appeared when accessed on August 26, 2024.

8. Paragraph 75 of the Complaint references the following YouTube Video: https://www.youtube.com/watch?v=dAgPoCKjjOw. Exhibit F is a true and correct copy of a screen capture from that video, as it appeared at the 8 second mark, when accessed on August 26, 2024.

9. Paragraph 75 of the Complaint references the following YouTube Video: https://www.youtube.com/watch?v=PdKuV_3H6eE&t=18s. Exhibit G is a true and

correct copy of a screen capture from that video, as it appeared at the 8 second mark, when accessed on August 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2024

Robert E. Colletti