# Exhibit A

The site uses Cookies. When you continue to browse the site, you are agreeing to our use of Cookies. Read our privacy policy





# Contact Us



## Corporate Headquarters -

### Singapore

150 Beach Road, #14-05/08, Gateway West, Singapore 189720
Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: asiasales@kaytus.com
Technical Support: servicesupport@kaytus.com

## Asia-Pacific +

## Middle East & Turkey +

## Europe +

North America +

# Contact Request

First Name

Please enter your first name *

Last Name

Please enter your last name *

Phone

Please enter your phone number *

Email

Please enter your email address *

Company

Please enter your company name *

Country

Please select your country *

Your Message

What products, services, or solutions would you like to discuss with us? Please provide detailed information about your issues. *

Code

I understand and agree to the use of my personal information based on KAYTUS's Privacy Policy.

Submit

Contact Us

TOP

# How can we help?

Search

Product Support

Get a Quote

Contact Us

## Product Center

All Products
General Purpose Servers
Artificial Intelligence Servers
Edge Computing Servers

## Product Support

Drivers
Documentation
Security Bulletins

## About KAYTUS

Company Profile
News
Events
Blog
Contact Us

## Follow KAYTUS

Copyright © 2023 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.

Contact Us
TOP

# Exhibit B

The site uses Cookies. When you continue to browse the site, you are agreeing to our use of Cookies. Read our privacy policy






Contact Us
TOP

## Corporate Headquarters +

## Asia-Pacific -

### Bangladesh

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: asiasales@kaytus.com
Technical Support: servicesupport@kaytus.com

### Hong Kong S.A.R.of China

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: asiasales@kaytus.com
Technical Support: servicesupport@kaytus.com

### Indonesia

Apartment Soho Residence 17 Floor Unit 19, West Jakarta 11470 Indonesia

### Japan

Tokiwabashi Tower #904
Telephone: 0800 600 0118 / +81 50 584 02667 (Japanese)

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: asiasales@kaytus.com
Technical Support:
servicesupport@kaytus.com

Sales Inquiry: jasales@kaytus.com
Technical Support:
Japanservicesupport@kaytus.com

## Korea

4F Yulchon Building Yeouido-dong, Yeongdeungpo-gu, Seoul, Korea
Telephone: +82 80 560 0011 / +82 70 4228 7340 (Korean)
Sales Inquiry: krsales@kaytus.com
Technical Support:
Koreaservicesupport@kaytus.com

## Malaysia

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: asiasales@kaytus.com
Technical Support:
servicesupport@kaytus.com

## Philippines

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: asiasales@kaytus.com
Technical Support:
servicesupport@kaytus.com

## Thailand

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: asiasales@kaytus.com
Technical Support:
servicesupport@kaytus.com

Contact Us

TOP

### Middle East & Turkey +

### Europe +

### North America +

# Contact Request

First Name

Please enter your first name *

Last Name

Please enter your last name *

Phone

Please enter your phone number *

Email

Please enter your email address *

Company

Please enter your company name *

Country

Please select your country *

Your Message

What products, services, or solutions would you like to discuss with us? Please provide detailed information about your issues. *

Code

Contact Us

TOP

I understand and agree to the use of my personal information based on KAYTUS's Privacy Policy.

Submit

## How can we help?

Search

Product Support

Get a Quote

Contact Us

### Product Center

All Products

General Purpose Servers

Artificial Intelligence Servers

Edge Computing Servers

### Product Support

Drivers

Documentation

Security Bulletins

### About KAYTUS

Company Profile

News

Events

Blog

Contact Us

Follow KAYTUS

Copyright © 2023 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.

Contact Us

TOP

# Exhibit C

The site uses Cookies. When you continue to browse the site, you are agreeing to our use of Cookies. Read our privacy policy

KAYTUS

Products Support Partners About Us Blog

Search



# Contact Us

Contact Us

TOP

## Corporate Headquarters +

## Asia-Pacific +

## Middle East & Turkey -

### Israel

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: metasales@kaytus.com
Technical Support: servicesupport@kaytus.com

### Saudi Arabia

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: metasales@kaytus.com
Technical Support: servicesupport@kaytus.com

### Tunisia

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: metasales@kaytus.com

### Turkey

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: metasales@kaytus.com

Technical Support:
servicesupport@kaytus.com

Technical Support:
servicesupport@kaytus.com

## UAE

Telephone: +1 844 860 0011 / +1 325 880 0011 (English)
Sales Inquiry: metasales@kaytus.com
Technical Support:
servicesupport@kaytus.com

**Europe** +

**North America** +

Contact Us

TOP

# Contact Request

First Name
Please enter your first name *

Last Name
Please enter your last name *

Phone
Please enter your phone number *

Email
Please enter your email address *

Company
Please enter your company name *

Country
Please select your country *

Your Message
What products, services, or solutions would you like to discuss with us? Please provide detailed information about your issues. *

Code

I understand and agree to the use of my personal information based on KAYTUS's Privacy Policy.

Submit

# How can we help?

Search

Product Support

Get a Quote

Contact Us

Contact Us

TOP

## Product Center

All Products

General Purpose Servers

Artificial Intelligence Servers

Edge Computing Servers

## Product Support

Drivers

Documentation

Security Bulletins

## About KAYTUS

Company Profile

News

Events

Blog

Contact Us

## Follow KAYTUS

Copyright © 2023 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.

# Exhibit D

The site uses Cookies. When you continue to browse the site, you are agreeing to our use of Cookies. Read our privacy policy





# Contact Us



## Corporate Headquarters +

## Asia-Pacific +

## Middle East & Turkey +

## Europe -

### Central and Eastern Europe

Ul. Postepu 15 p.7, 02-676 Warsaw
Telephone: Poland: +48 800 321 1440 (English)
Sales Inquiry: eusales@kaytus.com
Technical Support: servicesupport@kaytus.com

### France

Telephone: +33 755 539 456 (English)
Sales Inquiry: eusales@kaytus.com
Technical Support: servicesupport@kaytus.com

## Germany

Karlsruher Straße 3 (4. OG), 70771 Leinfelden-Echterdingen
Telephone: +49 800-850-0011/+49 7112-0649400 (German)
Sales Inquiry: eusales@kaytus.com
Technical Support: Germanyservicesupport@kaytus.com

## UK&Nordic Countries

Telephone: UK: +44 204 577 0600 (English)
Sweden: +46 843 737 957 (English)
Sales Inquiry: eusales@kaytus.com
Technical Support: servicesupport@kaytus.com

**North America** +

# Contact Request

Contact Us

TOP

First Name

Please enter your first name *

Last Name

Please enter your last name *

Phone

Please enter your phone number *

Email

Please enter your email address *

Company

Please enter your company name *

Country

Please select your country *

Your Message

What products, services, or solutions would you like to discuss with us? Please provide detailed information about your issues. *

Code

☐ I understand and agree to the use of my personal information based on KAYTUS's Privacy Policy.

Submit

# How can we help?

Search

Product Support

Get a Quote

Contact Us

## Product Center

All Products
General Purpose Servers
Artificial Intelligence Servers
Edge Computing Servers

## Product Support

Drivers
Documentation
Security Bulletins

## About KAYTUS

Company Profile
News
Events
Blog
Contact Us

Contact Us

TOP

## Follow KAYTUS

Copyright © 2023 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.

# Exhibit E

The site uses Cookies. When you continue to browse the site, you are agreeing to our use of Cookies. Read our privacy policy





# Contact Us



## Corporate Headquarters +

## Asia-Pacific +

## Middle East & Turkey +

## Europe +

## North America -

### United States

Aivres Systems Inc.
1501 McCarthy Blvd., Milpitas, CA
95035
www.aivres.com

# Contact Request

First Name
Please enter your first name *

Last Name
Please enter your last name *

Phone
Please enter your phone number *

Email
Please enter your email address *

Company
Please enter your company name *

Country
Please select your country *

Your Message
What products, services, or solutions would you like to discuss with us? Please provide detailed information about your issues. *

Code

Contact Us

TOP

I understand and agree to the use of my personal information based on KAYTUS's Privacy Policy.

Submit

# How can we help?

Search

Product Support

Get a Quote

Contact Us

## Product Center

All Products

## Product Support

Drivers

## About KAYTUS

Company Profile

General Purpose Servers
Artificial Intelligence Servers
Edge Computing Servers

Documentation
Security Bulletins

News
Events
Blog
Contact Us

Follow KAYTUS

Copyright © 2023 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.

Contact Us

TOP

# Exhibit F



Adapting the Data Center to New AI Trends - presented by KAYTUS
OCP GLOBAL SUMMIT
AIVRES
Adapting the Data Center to New AI Trends
John Leung, Director Technical Operations
Play (k)

# Exhibit G


Next Steps in AI Technology Adoption - presented by KAYTUS
OCP GLOBAL SUMMIT
AIVRES
• Next Steps in AI Technology Adoption
Alan Chang
Play (k)
OCTOBER 17-19, 2023 | SAN JOSE, CA | #OCPSUMMIT23
0:08 / 16:36
Scroll for details