Edgar H. Haug
Robert E. Colletti
HAUG PARTNERS LLP
745 Fifth Avenue, New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500
Email: EHaug@haugpartners.com
Email: RColletti@haugpartners.com

Sasha G. Rao
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Email: srao@nixonpeabody.com

*Attorneys for Defendant KAYTUS SYSTEMS PTE. LTD.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,

Plaintiff,

v.

INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese Company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company,

Defendants.

Case No. 4:24-cv-02220-JST

**DECLARATION OF BIN CHEN IN SUPPORT OF KAYTUS SYSTEMS PTE. LTD.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

Judge: The Honorable Jon S. Tigar

I, Bin "Robin" Chen, state and declare as follows:

1. I am the director of KAYTUS SYSTEMS PTE. LTD. ("KS"), a position I have held since August 2, 2023. I am authorized to make this declaration.

2. I have personal knowledge of the facts stated herein regarding KS.

3. I have reviewed the Complaint filed by Hewlett Packard Enterprise Company in this litigation.

4. KAYTUS SINGAPORE PTE. LTD. changed its name to KAYTUS SYSTEMS PTE. LTD. on November 15, 2023.

5. KS is a Singapore private limited company with a principal place of business at 150 Beach Rd., #14- 05/08, Gateway West, Singapore 189720.

6. KS has no physical locations or facilities outside of Singapore.

7. KS has never owned or leased property in California.

8. KS has no employees, officers, or directors residing or working in California.

9. KS is not registered to do business in California and does not pay taxes in California.

10. KS does not import products into California, or the United States generally.

11. KS has no employees responsible for sales, distribution, or service of products in the United States or in California specifically.

12. KS is a distinct legal entity from the other defendants named in this litigation. For example, Defendant Aivres Systems Inc. (Aivres) has separate management and directors, and maintains separate accounting and other functions, from KS.

13. KS operates independently of the other defendants named in this litigation, and has no decision-making authority over the day-to-day activities of the other defendants. For example, KS does not direct or control Aivres' business with respect to any accused products.

14. Aivres sells products bearing the KAYTUS mark under a November 25, 2023 trademark license agreement governed by the laws of Singapore. This trademark agreement does not give KS control over the products Aivres sells in the United States.

15. KS does not sell or offer to sell any of the products accused of infringement in the Complaint in the United States.

16. KS does not manufacture the products accused of infringement in the Complaint in the United States.

17. KS does not import the products accused of infringement into the United States.

18. KS operates a general-purpose website, accessible globally at www.kaytus.com.

19. KS does not sell products directly from its website to residents of the United States. No portion of the KS website targets California residents.

20. KS does not derive any income from business conducted in the State of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of August, 2024, in Singapore.

By: 陈彬 Chen Bin

Bin Chen