**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,

Plaintiff,

v.

INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese Company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company,

Defendants.

Case No. 4:24-cv-02220-JST

**[PROPOSED] ORDER GRANTING DEFENDANT KAYTUS SYSTEMS PTE. LTD'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

Date: October 17, 2024
Time: 2:00 PM
Place: Courtroom 6, 2nd Floor
Judge: The Honorable Jon S. Tigar

Defendant Kaytus Systems Pte. Ltd. Motion to Dismiss came on for hearing on October 17, 2024 of the above-entitled Court. The Court having considered the papers filed by the parties, having heard argument and being fully advised, and good cause appearing therefor, it is IT IS HEREBY ORDERED as follows:

Kaytus Systems Pte. Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction is

GRANTED in its entirety.

**IT IS SO ORDERED.**

Dated: _____________, 2024

_________________________________
Honorable Jon S. Tigar