UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSPUR GROUP CO., LTD., INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., AIVRES SYSTEMS INC., F/K/A INSPUR SYSTEMS, INC., BETAPEX INC., F/K/A/ INSPUR ASSET HOLDINGS, INC., INSPUR USA INC., AND KAYTUS SINGAPORE PTE. LTD.,<br><br>Defendants. | CASE NO. 4:24-CV-02220-PHK<br><br>DECLARATION OF JOE X. JIN IN SUPPORT OF DEFENDANT INSPUR USA INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT |

I, Joe X. Jin, declare as follows:

1. I am the Chief Executive Officer of Inspur USA, Inc. ("Inspur USA"), a Washington software consulting corporation, headquartered at 2010 156th Avenue Northeast, Suite 150, Bellevue, Washington.

2. All statements made in this declaration are based on personal knowledge and I am competent to testify to them. I submit this declaration in support of Defendant Inspur USA's Motion to Dismiss Plaintiff's Complaint for Patent Infringement ("Motion").

3. Inspur USA is a wholly owned subsidiary of Langhaco Worldwide Service Ltd. ("Langhaco"), a Cayman Islands corporation.


KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

4. Inspur USA is a Washington corporation with its headquarters located at 2010 156th Avenue NE, Suite 150 in Bellevue, Washington. We have approximately 30 employees with 24 employees at the Bellevue office. All financial decisions and payments are made from Washington. All corporate accounts are in Washington. Inspur USA's officers, directors, board members, and administrators are all located in Washington and all oversight of the company's daily operations and business strategy occurs in Washington. In other words, the company is operated solely from Washington.

5. Further, all of Inspur USA's business records are in Washington. Any contracts entered into by Inspur USA are drafted and signed from Inspur USA's headquarters in Washington. And all client-facing negotiations or consultations with Inspur USA are conducted through the Washington office.

6. Inspur USA is a software outsourcing company. Customers hire us to outsource its software development or test software. We then deliver the code or test results to the customer. We do not have any of our own software. We only create software for others. None of the named defendants are our customers and Inspur USA has no contractual relationship with any of them. Inspur USA does not have any customers or clients in California.

7. We do not manufacture, sell, distribute, or service any servers including any of the server products identified in the complaint. We do not create any bios, operating system or driver software for servers. We have nothing to do with any of the server products identified in the complaint.

8. Inspur USA has limited operations in Milpitas, California. That includes a small office space with just six employees who follow the direction of management in Washington for the development and testing of software for customers outside of California. Inspur USA's plan is



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

to close that office if we are able to find a tenant to take over the remaining term of the lease. Activities of Inspur USA's employees in the Milpitas California office have no relation to any server products identified in the complaint or products of any other defendants.

9. Contrary to HPE's speculation, Inspur USA has no manufacturing facilities or warehouses. We have no capability to manufacture or assemble servers in California or anywhere else. Inspur USA has no bank accounts or financial holdings in California. Inspur USA has no connection to California at all beyond that small office. To be crystal clear, Inspur USA has never had any involvement in any aspect of the manufacture, assembly, distribution, maintenance, or sale of the server products (or their components) identified in the complaint whether in California or anywhere else. Inspur USA does not provide any services of any kind related to those servers. Plainly stated, those servers have absolutely nothing to do with Inspur USA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge.

EXECUTED this 26th day of August 2024 in Bellevue, Washington.

________________________________
Joe X. Jin



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100