UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSPUR GROUP CO., LTD., INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., AIVRES SYSTEMS INC., F/K/A INSPUR SYSTEMS, INC., BETAPEX INC., F/K/A/ INSPUR ASSET HOLDINGS, INC., INSPUR USA INC., AND KAYTUS SINGAPORE PTE. LTD.,<br><br>Defendants. | CASE NO. 4:24-CV-02220-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INSPUR USA INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT** |



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

The Court, having considered Defendant Inspur USA, Inc.'s ("Inspur USA") Motion to Dismiss Plaintiff's Complaint for Patent Infringement ("Motion"), orders that Inspur USA's Motion is **GRANTED**.

Plaintiff Hewlett Packard Enterprise Company's claims against Inspur USA are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Honorable Jon S. Tigar
United States District Judge



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100