SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
ERIN P. GIBSON (Bar No. 229305)
erin.gibson@us.dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

BRENT K. YAMASHITA (Bar No. 206890)
Brent.Yamashita@us.dlapiper.com
DLA PIPER LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

HELENA D. KIEPURA (*pro hac vice*)
helena.kiepura@us.dlapiper.com
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

AMY LYDON (*pro hac vice*)
Amy.Lydon@us.dlapiper.com
CLAIRE SCHUSTER (*pro hac vice*)
claire.schuster@us.dlapiper.com
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

***Attorneys for Plaintiff Hewlett Packard Enterprise Company***

*[Additional Counsel Listed on Next Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,

Plaintiff,

v.

INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company.

Defendants.

Case No. 4:24-cv-2220-JST

**DECLARATION OF SEAN CUNNINGHAM IN SUPPORT OF PLAINTIFF HEWLETT PACKARD ENTERPRISE COMPANY'S OPPOSITION TO KAYTUS SYSTEMS PTE. LTD.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

Date: October 17, 2024
Time: 2:00 p.m.
Location: Courtroom 6, 2nd Floor
Judge: Hon. Jon S. Tigar

MICHAEL L. BURNS (*pro hac vice*)
michael.burns@us.dlapiper.com
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

ANGELA C. WHITESELL (*pro hac vice*)
angela.whitesell@us.dlapiper.com
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5700
Facsimile: 302.394.2341

STEPHANIE M. PIPER (*pro hac vice*)
stephanie.piper@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Telephone: (212) 335-4726
Facsimile: (212) 884-8526

AIMA MORI (*pro hac vice*)
aima.mori@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 251-5710
Facsimile: (312) 236-7516

MICHAEL SAULNIER (*pro hac vice)*
Michael.saulnier@us.dlapiper.com
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7234
Facsimile: (512) 721-2234

I, Sean Cunningham, hereby declare as follows:

1. I am a partner at the law firm DLA Piper LLP (US). I am counsel of record for Plaintiff Hewlett Packard Enterprise Company ("HPE") in this action. I submit this declaration in support of Hewlett Packard Enterprise Company's Opposition to Defendant KAYTUS Systems PTE. LTD.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff HPE's First Set of Requests for Production of Documents and Things to Defendants (Nos. 1-48).

3. Attached as **Exhibit B** is a true and correct copy of KAYTUS Singapore PTE. LTD.'s Objections and Responses to HPE's First Set of Production Requests (Nos. 1-48).

4. Attached as **Exhibit C** is a true and correct copy of HPE's Letter Re: Deficiencies in Kaytus' Initial Responses to HPE's First Set of Requests for Production.

5. Attached as **Exhibit D** is a true and correct copy of Internet Archives capture from November 30, 2023 of Aivres' About Page as it appeared when last accessed on August 30, 2024.

6. Attached as **Exhibit E** is a true and correct copy of a Kaytus LinkedIn post https://www.linkedin.com/posts/kaytus_computing-activity-7117441631343017984-OnGe/ as it appeared when last accessed on August 30, 2024.

7. Attached as **Exhibit F** is a true and correct copy of the 2023 OCP Global Summit – Participating Companies List, downloaded from the https://www.opencompute.org/blog/2023-ocp-global-summit-by-the-numbers webpage on August 30, 2024.

8. Attached as **Exhibit G** is a true and correct copy of Internet Archives capture from April 18, 2024, of a Kaytus news story titled "2023 OCP Global Summit," which was posted on or about September 15, 2023. The archived capture was last accessed on August 30, 2024.

9. Attached as **Exhibit H** is a true and correct copy of a photograph from an OCP 2023 Global Summit online photo album, downloaded from https://www.flickr.com/photos/opencompute/53330225195/in/album-72177720312322475/ on August 30, 2024.

10. Attached as **Exhibit I** is a true and correct copy of a photograph from an OCP 2023 Global Summit online photo album, downloaded from https://www.flickr.com/photos/opencompute/53329738081/in/album-72177720312322475/ on August 30, 2024.

11. Attached as **Exhibit J** is a true and correct copy of a true and correct copy of a photograph from an OCP 2023 Global Summit online photo album, downloaded from https://www.flickr.com/photos/opencompute/53328880007/in/album-72177720312322475/ on August 30, 2024.

12. Attached as **Exhibit K** is a true and correct copy of a photograph from an OCP 2023 Global Summit online photo album, downloaded https://www.flickr.com/photos/opencompute/53328880087/in/album-72177720312322475/ on August 30, 2024.

13. Attached as **Exhibit L** is a true and correct copy of a repost of a Kaytus LinkedIn post, https://www.linkedin.com/feed/update/urn:li:activity:7120187286863970306/, as it appeared when last accessed on September 5, 2024.

14. Attached as **Exhibit M** is a true and correct copy of Kaytus news post titled "KAYTUS Releases Data Center Management Platform KSManage" from https://www.kaytus.com/about/news/13358.html, as it appeared when last accessed on August 30, 2024.

15. Attached as **Exhibit N** is a true and correct copy of Aivres news post titled "Aivres Releases KSManage Data Center Management Platform" from https://aivres.com/newsroom/ksmanage-data-center-management-platform/, as it appeared when last accessed on August 30, 2024.

16. Attached as **Exhibit O** is a true and correct copy of KAYTUS Hardware Service & Warranty Policy webpage https://www.kaytus.com/support/hardwareservice_warrantypolicy/index.html, as it appeared when last accessed on August 30, 2024.

/////

17. Attached as **Exhibit P** is a true and correct copy of KAYTUS Contact Us page with the North America dropdown open from https://www.kaytus.com/about/contact/index.html, as it appeared when last accessed on September 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2024 in Washington, D.C.

*/s/ Sean C. Cunningham*
SEAN C. CUNNINGHAM