# EXHIBIT D

The Wayback Machine - https://web.archive.org/web/20231130214150/https://aivres.com/company/



# About Aivres



## Empowering Data Centers Through Technology

Aivres is a data center servers and storage solutions provider committed to delivering innovative technologies that propel the world's leading industries to new frontiers. We widely deliver and deploy cutting-edge hardware products and designs to major data centers across the US, supporting critical modern applications that include cloud, AI, big data, mass storage, and edge. Our unique JDM model enables open collaboration with partners and customers to develop purpose-built, performance-optimized solutions that tackle different workloads and overcome real-world challenges.

Aivres is the sole provider of KAYTUS products and solutions in the US.

### Innovating Advanced Systems



Leveraging engineering expertise, open innovation and hardware design capabilities, we build advanced custom platforms that deliver peak performance and reliability to empower our customers' data center transformation.

Learn More

## Sustainable Computing



We are dedicated to promoting and adopting technologies, like open compute infrastructure and cooling solutions, to develop energy-efficient platforms that deliver industry-leading performance while lowering their ecological footprint.

Learn More



Aivres leading-edge manufacturing facilities feature lean production, advanced robotics, automation, and data driven processes to ensure transparency, security, and quality at every step in production to deliver world-class products customers can trust.

Learn More

## Leading-Edge Products Tailor-Fit for Your Needs

Aivres brings product design experience, engineering expertise, and deep collaboration to every partnership in order to develop the perfect solution for the customer. Through rigorous R&D and continuous innovation, we are constantly pushing the boundaries of technology to deliver the highest product features and capabilities.

Explore Aivres Product Design & Customization

All Aivres servers undergo extensive quality and reliability testing to ensure the highest performance end products— over 2,000 full-life-cycle tests in 9 test categories including environmental and mechanical stress testing, failure analysis, and signal and power integrity testing.

Explore Aivres Quality & Reliability Testing

AIVRES

Aivres is a data center servers and storage solutions provider committed to delivering innovative technologies that propel the world's leading industries to new frontiers. Based in Silicon Valley, Aivres widely delivers and deploys its cutting-edge hardware products and designs to major data centers around the globe, supporting critical modern applications that include cloud, AI, deep learning, big data, mass storage, and edge.

## Company

About Us
Events
Careers
Blog
External Communication Policy

## Support

Contact Us
Support Center

## Enter your email to stay in the loop!

Subscribe