# EXHIBIT E

LinkedIn

Join now Sign in

Articles People Learning Jobs Games Get the app

# KAYTUS' Post

KAYTUS
4,555 followers
10mo

ONE WEEK countdown for the 2023 OCP Global Summit by Open Compute Project Foundation! Visit A2 booth to learn about KAYTUS innovative and open #computing technologies empowering IT transformation.
https://lnkd.in/gTcgKk48

Open Compute Project Foundation
13,075 followers
11mo

A big thanks to our Emerald Sponsors for the 2023 OCP Global Summit! General registration ends on Sunday, October 15, so make sure you register as soon as possible – rates go up the week of Summit!
Learn more and register here: bit.ly/3xO1X76
@OpenComputePrj
#OCPSummit23
#ScalingInnovationThroughCollaboration!

12

Like Comment Share