# EXHIBIT F

**2023 OCP Global Summit - Participating Companies List**

#10 LLC
2CRSI
2K
3M
451 Research
650 Group
7STARLAKE
9elements
AcBel Polytech
Accelink Technologies
Accelsius
Accton
Accuride International
Actapio
Acton Arrow
ADACEN
Adage Capital
ADTechnology
Advanced Energy
Advanced Liquid Cooling Technology
Advanced Micro Devices
Advancing Chemistry Inc.
Aegistek
AFL Hyperscale
AIC Inc.
AirMettle- Inc.
Airsys Cooling Technologies
Aivres
Akamai Technologies
Alcatex Inc
ALCT
Alfa Laval
Alibaba
All5 Data LLC
Allegro Microsystems
Allied Telesis- IInc.
Allion Labs
Alpha Networks
AlphaWave IP
Alphawave Semi
Alpine Optoelectronics Inc.
AMAX Engineering Corporation
Amazon
AMD
American Express
American Megatrends (AMI)
Ampere Computing
Amphenol

Amphenol High Speed Interconnects
Analog Devices
Anritsu
Anyon Systems
AOI
APC
API Heat Transfer
APlus Power
Apple
Applied Materials
Applied Ventures
APRESIA Systems- Ltd.
AQ Compute
Aquent
Argosy Research Inc.
Arista Networks
Arkema
Arm
Arrcus
Arrow Electronics
Arteco
Arteris
Arvato
Ascendion Inc.
ASE Group
ASELSAN
ASEUS
ASML
ASPEED Technology
Asperitas
ASPower
ASRock Rack
Astera Labs
ASUS
AT&T
AtomBeam
Atreides Management
ATTO-Research
Augtera
Auradine
Auras
Avala
AVC
Avicena Tech
AvidThink
Aviz Networks
AWS
Axiado Corporation
Ayar Labs

Baltimore Aircoil Company
Bank of America
barcap
Barclays
Bay Advanced Technologies
BCG
BDS Connected Solutions
Beehe
Beijing E7Research
Beijing Yixintong Technology CO.-Ltd.
Bell
BeyondEdge
BF LTD
Binarly
BISDN
Bizlink Special Cables Germany
BizLink Technologies
Black Cree
Bloomberg
Blue Cheetah Analog
BNP PARIBAS
Bolt Graphics
Booz Allen
Bosch Ventures
Boston Materials
Boyd Corporation
bp
Bright Machines
Broadcom
BYD
ByteDance
Cabot Partners
Cadence
CAICT
calix
Calnex
Calumet Specialty Products
Canoga Perkins
Canonical
Capgemini
Capital Research
Capital World Investors
Carbice Corporation
Cargill
Carnegie Mellon University
Carrier
Casela Technologies
Cato Digital
CBTS

CEJN
Celera Technologies
Celestial.ai
Celestica
Centec Networks
Cerabyte
Cerberus Capital
Cerebras Systems- Inc.
Cerio
ChannelScience
Chatsworth Products
Chenbro Micom USA Inc.
Cheval Electronic Enclosure Co Ltd
Chevron Oronite
Chevron Phillips Chemical
Chia Network
Chicony Power Technology
Chilldyne
China Academy of Information and Communications Technology
Ciena
CIG
Cignal AI
CIGtech
Circle B
Cirrus Logic
Cisco Systems
Citadel GE
citigroup
Claruspon Systems- Inc.
Cleveland Research Company
Cloud Architectz LLC
Cloud Light
Cloudflare
Clounix
CMTI
CNAS
CNEX Labs
CO2EFFICIENT
CoCoLink
Coherent Corp
Colder (CPC)
ColorChip Technologies
Comcast
Compal Electronics
Component User Industry Co.- Ltd.
Compu Dynamics LLC
Constructiv
Contoso
Converge! Digest

Cooler Master
CoolIT Systems
Core 4 Solutions
CoreWeave
Corintis
Cornelis Networks
Cornell
Corning Incorporated
Cowen
Craig-Hallum
Credo Semiconductor
Crehan Research Inc.
Critical Technology Services
Crowdstrike
CTC America
CTC Global (Thailand) Ltd.
CTR Press
CtrlS Datacenters
Cupertino Electric Inc.
Curtiss-Wright Defense Solutions
Cyntec
CyrusOne
Cyxtera
D&C Consultant
Daedaelus
Dalton Investments
Danfoss
DapuStor
Dataknox Solutions
Delinian
Dell Technologies
Dell'Oro Group
Delta Electronics
Delta Energy Systems
Denvr Dataworks
DHS
Diamond Foundry
Digioptics- LLC
Digital Silence
DigitalOcean
Distech Controls
d-Matrix
DMTF
Dodge & Cox
Doosan America LLC
Dorado Software
Dragon Horse Technologies
DreamBig Semiconductor Inc
Drivenets

Dropbox
DUG COOL
DuPont
Duran
D-Wave
DynaMedia
E.C.I. NETWORKS INC.
Early Light Consulting- LLC
Eaton
eBay
Eclipse Ventures
Ecolab
ECS
EdgeCloudLink
Edgecore Networks
Edgewater Research
EDOM Technology
EIDETIC MARKETING
eisar
ekinops
Element Critical
Elephance Memory
Eliyan
Emerald Capital Partners
Empower Semiconductor
EnCharge Ai
ENEOS Corporation
Enfabrica
Engineered Fluids
enosemi
Enplas Corporation
Epirus
EPS Global
Epson
Equinix
Equus Compute Solutions
Ergon Inc
Eribel Systems LLC
Ericsson
Eridu Corporation
ETH Zurich & Stanford University
Ethernet Alliance
Everflow Technology Corp.
Evocative Global
Exostiv Labs
Expoline
Extend Cloud
Extreme Networks
ExxonMobil

Exyte
F5 Networks
Fabric8Labs
fabrinet
FADU Technology
Faraday Technology Corporation
FAST COOL CO LTD
Fast Systems
Fastly
Fathom Radiant
Fiberstamp
Finer Vision
Flax Advisors
Flax Computing
FLC Technology Group
Flex (Flextronics)
Flume-io
FNTECH
Formerica Optoelectronics
Foxconn Interconnect Technology (FIT)
Fraunhofer-Institute IIS/EAS
FriendFinder Networks- Inc.
FSMLabs
FUCHS LUBRICANTS CO.
Fujifilm
Fujitsu
Furukawa Electric
FutureWei
G2M Communications
GaN Systems
Gartner
GDIT
GEICO
GeNopsys Technologies- Inc.
Georg Fischer
Georgia Institute of Technology
GER
Ghiasi Quantum LLC
GIGA Computing
GIGABYTE
Gigamon
global foundries
GLP
Gold Circuit Electronics
Gold Data
Google
Green Revolution Cooling (GRC)
GreenM3
Grit Arts Co.- Ltd.

Groq
GSI Technology
GuideTech Inc.
Guntner
H&D Asset Management
H3 Platform
HARTING
Hawkeye Tech Co.- Ltd.
HCL America
heatscape
Hedgehog
Helix Compute
Henkel Corporation
HG GENUINE
HGGC
Hisense Broadband
Hitachi
Hitachi High-Tech
Holcim
Honeywell
Hoptroff
Horizon Technology
HOYA CORPORATION USA
HP Inc.
HPE
Huaqin
Huawei
Hyper Photonix
HyperLight Corporation
Hypertec
Hyster
Hyundai Motors
HYVE Solutions
IAG Capital Partners
IBM
Iceotope Technologies
ICONX Chemicals
Idaho Scientific
IDC
IEIT Systems
iMasons Climate Accord
Impleon
INEOS
Infineon Technologies
Infinera
Inflection Point Research
Infleqtion
Informa Tech
InfoWorld

Infrastructure Marketing
Infrastructure Masons
Ingrasys
Innogrit
Innolight Technology
Insight 64
Insyde Software
Intel
Interplex
Intersect360 Research
Intrepid Ventures
Intrinsic ID
Inventec
IOActive
IOP Systems
IP Infusion
I-PEX
Iron Mountain
ITEM Media
ITOCHU Techno-Solutions Corporation
ITVT Group
iXora
J.P. Morgan
Jabil
Jack Rabbit Labs
Jefferies LLC
JETCOOL Technologies
JM Gross Engineering
JMC Products
JPC Connectivity
Jtec Industries Inc
Juniper Networks
Kandou Bus
Kaytus
Ketchum
KeyBanc Capital Markets
Keysight Technologies
KING SLIDE TECHNOLOGY CO LTD
Kingston Technology
KIOXIA
KKR
Kline Group
KMW
Kookmin University
Koomey Analytics
Kuul Evaporative Technologies
L&T Technology Services
LandMark Optoelectronics
Lattice Semiconductor

Lawrence Berkeley National Laboratory
Legrand
Lenovo
Leonardo DRS
LG Innotek
LightCounting
Lightelligence
Lightmatter
LightsAI
Linaro
LinkedIn
LINKTEL
Lipac Co.- Ltd.
Liqid
LiquidCoolSolutions Inc.
Liquid-Markets GmbH
LiquidStack
Lite-On Technology
Lite-Touch Consultants Ltd
London South Bank University
Los Alamos National Laboratory
Los Altos High School - Nomad Futurist Foundation
LOTES
Lubrizol Corporation
Lucidean
lumenir
Lumentum
Lumoniq
Luxoft Professional Romania
LuxSemi Inc.
Luxshare
MACOM
Macronix America Inc.
MangoBoost
Mantis Tech
Marvell Semiconductor
Master Artist Programs- LLC
matrix capital management
Mavenir System
MaxLinear
MEAN WELL USA
Mediatek
Megmeet
Meinberg
Mempath Consulting LLC
MEMTECH
MemVerge
MENNEKES
Meta

Metaseismic
Metech Recycling
MetisX
MEXT
MFCP Inc
MHI
Micas Networks
MicroByre
Microchip
Micron Technology
Microsoft
Midas Immersion Cooling
Mikros Technologies
Milestone Technologies
MinebeaMitsumi/ NMB
MiTAC
Mithera Capital
Mitsubishi Electric
Mitsubishi Heavy Insustries
MixxTech
Molex
Monolithic Power Systems
Montage Technology
Morgan Stanley
Motivair Corporation
Motul
MPS
MSI
MultiLane Inc
Munters Corporation
Murata
N3N
Nagra USA LLC
Naio
Nalco Water
Nallasway / Untether AI
NAND Research
National Yang Ming Chiao Tung university
NDC-GARBE Data Centers Europe GmbH
Needham & Company- LLC
Net One Systems USA
Netflix
NETINT Technologies
NetList
Netris
Netscout Systems Inc
NEUCHIPS
Neurok Thermocon Inc.
New Ideas in Communications

New Mexico Consortium
Next Phase
NGK Electronics USA
NHK SPRING
NICT
Nidec Corporation
Nippon Express
Nippon Telegraph and Telephone Corporation
Nissho Electronics USA Corporation
Nitto
NMB Technologies Corp.
Nokia
Nomad Futurist Foundation
Norman S Wright
Nortek
NSW PEP
NTT
NTT Facilities USA
NTT Innovative Devices Corp.
Nubis Communications
Nucleo de Informacao e Coordenacao do Ponto BR NICBR
Nuvoton Technology
nVent
NVIDIA
Oak Ridge National Laboratory
OITDA
ola electric
Ola Silicon
Oleon
Olympus Controls
Omdia
Omni Services
Omniva
ON Semiconductor
One Line Power Quality (Eaton Rep)
One Stop Systems- Inc.
Open Compute Project Foundation (OCP)
Open Source Firmware Foundation
OpenPOWER Foundation
Optare Solutions
OptoLink Consulting LLC
Optomind Inc
Oracle
Orange
Orbie Pullen Photography
Orbis Corporation
OrionVM
Osaka University
Oscilloquartz

Osprey Real Estate Capital
OSU
Pactech
PALC Networks
Palo Alto Electron
Panasas
Panasonic
Panduit Corporation
PANTHEON.tech
Pape Material Handling
Parker Chomerics
Parker Hannifin
Pavlov Media
Pegatron
Penguin Solutions
PennEngineering
PermAlert
Phison Electronics
Phoenix Contact
Phoenix Technologies
Pliops
PLVision
Poet Technologies
Point2 Technology
Point72
Polar Asset Management Partners
Portwell
Positronic
Power Innovations
Precision Optical Transeivers
Preferred Networks- Inc.
Princeton Digital Group (PDG)
ProLabs
promersion
proteanTecs
Protempis
psemi
Pubmatic
PUFsecurity
Pure Storage
Qarnot Computing
Q-CTRL
Qscale
Qualcomm
Quanta Cloud Technology (QCT)
Quintessent
RackLive
Rakon
RakworX- Inc.

Rambus
Ranovus
Raptor Computing Systems
Raritan
RayMX Microelectronics
RBC Capital Markets
RCD Advisors
Recochem
Recogni
Recursion
Reed Semiconductor
Renesas
Resolute Photonics
Reuters
RFX Virtual Infrastructure
Richtek
Rimage Corp
RISE Research Institutes of Sweden
Rittal
Rivos
Roblox
Rockscar Media
Rohm semiconductor USA LLC
Rosenblatt
Rosseau Group
Route One Investment Company
Roxtec
RtBrick Inc
Rubrik
Ruijie Networks
S&P Global Market Intelligence
Sabey Data Centers
SafeWay
SAFRAN GROUP
Salesforce
Salessi Tech Advisors
Salience Labs
Samaritans Purse
SambaNova Systems
SAMHWAACE
Samsung
Samtec
SANBlaze
Sanmina
Santa Clara County Office of Education
SAP
Sapeon
Sartura
Scala Computing

Scaleflux
ScaleUp Technologies
Scaleway
Schneider Electric
Schonfeld
Schroders
Scintil Photonics
Scolmore International
Scott Burns
Seagate
SECURE-IC
SEGUENTE
SemiAnalysis
Senko Advanced Components
Seres- LLC
SERI
Serial Cables
SerialTek
ServiceNow
Shasta Cloud
Shell
Shenzhen Megmeet Electrical Co.- Ltd
Shinyusha Publishing
Siemens
SiFive
SiFotonics Technologies Co Ltd
SIG
Signalogic
Silicon Motion
SiliconAngle
SILITH Technology
Sims Lifecycle Services
SiPearl
SiTime
SK hynix
Skeleton Technologies
Skorpios Technologies
Skyworks
Smart Cloud Solutions
SMART Modular Technologies
Smith & Associates
Snag
SNIA
socionet america
Socionext
Solid Silicon Corp
Solidigm
Soltex
SOLUM

Sony Interactive Entertainment
Source Photonics
Southco
SpaceX
Spectra7
Spirent
ST Telemedia Global Data Centres (STT GDC Pte Ltd)
Stanford University
Staubli
Stealth Mode Company
Stealth Start up
Stein Writes Incorporated
SteveH Consulting
STH
Stifel
STMicroelectronics
Storage Review
Stordis
Strategic Thermal Labs
Stream Data Centers
STTelemedia Global Data Centres
Submer Immersion Cooling
Sumitomo Electric
Sunon
SunRise Memory
Super Micro
SWEP North America
Synopsys
SysPro Consulting
T. Rowe Price
Taiwan Cooperative Venture Capital
Taiwan Metal Precision
Taiyo Yuden
TD SYNNEX
TDK Corporation of America
TE Connectivity
Team Sheikah
TechInsights
Tektronix
Telefonica
Telescent
Temasek
TenaFe
Tencent
Tenstorrent
Teradyne
TERAL RESEARCH- LLC
TeraSignal
terizza

TES AMM
Tesla
Tessolve
Texas Instruments
The Chemours Company
The CTO Advisor
The Information
The Linux Foundation
The Siemon Company
The TechArena
thetradedesk
Thrace Systems
Timothy Christianson
Tipit
TIRIAS Research
Tokyo Institute of Technology
Tom's H
TORMEM INC
Toronado
Toshiba
TOYOTA MOTOR CORP
Toyota Tsusho Nexty electronics
Trane
Trend Power
TRENDFOCUS
Trust In Soft
TSMC
Tweaktown.com
Tyche Partners
UACJ Corporation
Uber
UC Berkeley
UCSD
UfiSpace
Uneec
UNH-IOL (University of New Hampshire)
Unicom Engineering
University of California- Los Angeles
University of Illinois Urbana-Champaign
University of Pittsburgh
University of Washington
Unlocked Networks Inc.
Uptime Institute
US AI Corp.
US Conec
US Gov
USBTC
UW
valley investment management

VAST DATA
Vector Atomic
venturene.ws
Veolia WTS
VeriSilicon
Verition
Vertiv
Vicor
Victaulic
Viettel Group
Viking Enterprise Solutions
Vinci4D
Virtium
Vishay Siliconix
VMware
VVDN Technologies
Walmart
Walmart Labs
WaveSplitter Technologies
WB Engineers+Consultants
WebFeet Research Inc.
Wedbush
WekaIO- Inc.
Wesco Anixter
Western Digital
Whale Rock Capital
Wheeler's Network
Wieland Werke
Wieson America Inc.
Wipro
WIPT USA INC
Wistron Corporation
Wistron NeWeb Corporation
Wiwynn Corporation
WNC
Wolfspeed
WoodenDataCenter
world wide technology
Wuhan Yilut Technology Co Ltd
Wus Printed Circuit
Xconn Technologies Holdings
xFlow Research Inc.
xFusion Technologies
XNRGY Climate Systems
XRComm
Xscape Photonics Inc.
Xsight Labs
YMTC
Yole Group

YorChip
ZEDEDA
Zero ASIC
ZeroPoint Technologies
ZETAI EXPO LIMITED
ZincFive
Zollner
ZPE Systems
ZT Systems
ZutaCore