# EXHIBIT G

KAYTUS Products Support Partners About Us Blog

Home > About Us > News > 2023 OCP Global Summit

# 2023 OCP Global Summit

2023-09-15




Scaling Innovation Through Collaboration

The OCP Summit is the premier event uniting the most forward-thinking minds in open IT ecosystem development. The Summit provides a unique platform for our global community to share insights, foster partnerships, and showcase cutting-edge advancements in open hardware and software. We invite you to join us at the OCP Global Summit 2023 on October 17-19 in San Jose. Engage with industry leaders, researchers, and pioneers from the open community to explore emerging trends, tackle complex challenges, and discover new opportunities to drive global innovation. Collaborate in discussions, workshops, and hands-on engineering sessions to accelerate the development of efficient, scalable, and sustainable open-compute solutions that will power the future of technology.

See our new offerings to the OCP ecosystem, including solutions for sustainable computing and next-generation applications.

• Next Generation Platform Adoption

• Networking Platforms

• Liquid Cooling

• AI Solutions

**Previous：** STAC Summit Fall London

Back to list

## News

· KAYTUS in WAICF24

2024-02-02

· KAYTUS Releases Data Center Management Platform KSManage

2024-02-02

· The KAYTUS V2 Series Servers Support 5th Gen Intel® Xeon® Processors, Maximizing Performance at Server Unit Energy Consumption

2023-12-15

· KAYTUS Turkey Hosts Tech Summit 2023, Accelerating the Application of Emerging Technologies including AI and Cloud

2023-11-03

· KAYTUS Unveils Next-Generation Liquid Cooling Servers, Driving Sustainable Growth for Emerging Applications

2023-10-31

Learn more

Contact Us

TOP

KAYTUS uses cookies to enable and optimize the use of the website, personalize content and analyze the website usage. Please see our privacy policy for more information.

Accept All Cookies

Reject All

## How can we help?

Search

Product Support

Get a Quote

Contact Us

### Product Center

Rack and Tower Servers
GPU Servers
Edge Servers
Multi-Node Servers

### Product Support

Drivers
Documentation
Firmware
Warranty & Configuration
Service Hotline
Security Bulletins

### About KAYTUS

Company Profile
News
Events
Blog
Techpedia
Contact Us

### Follow KAYTUS

Copyright © 2023 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.

Contact Us

TOP