# EXHIBIT H


OCP GLOBAL SUMMIT
Welcome to the Expo Hall
A7 Advanced Energy
C13 Advanced Liquid Cooling Technologies
B9 AMD
A33 AMI
B28 Ampere Computing
A20 Amphenol
C4 Analog Devices
B14 Arm
C1 ASRock Rack Inc.
A11 Astera Labs
A6 ASUS
B4 Aurus Technology Co., Ltd.
A12 Axiado
A27 BizLink Technology
A13 Castrol
A15 Celestica
A16 Chemours
C2 CompuZol
B10 Credo Semiconductor
B6 Delta Electronics Inc.
C38 DENT
C34 DMTF
C7 Eaton
C10 Edgecore Networks
A32 ExxonMobil
A21 FADU
C14 FIBERSTAMP Technology PTE
C12 GeNopsys Technologies
A23 GIGABYTE
C31 Hackathon
A26 Hewlett Packard Enterprise
A9 Hyve Solutions
C6 I-PEX Inc.
B21 IBM
B12 Intel Corporation
A2 KAYTUS
B22 Keysight
A34 KIOXIA
A31 Lattice Semiconductor
C18 Lightelligence
C37 Linux Foundation
B5 LITEON
B23 LOTES
B2 Luxshare-Tech
C15 MangoBoost
B13 Marvell
B11 Meta
B8 Micas Networks
A4 Micro-Star International
C3 Microchip
B7 Microsoft
A25 MiTAC
B1 Molex
A14 Murata
C11 NEUCHIPS Inc.
C33 Open Source Firmware Foundation
C32 OpenPOWER Foundation
A3 PEGATRON
A1 QCT
C8 Rittal
B27 Samsung
A17 Samtec, Inc.
A22 Sanmina
A8 SK hynix & Solidigm
C35 SNIA
C36 SONiC
C9 Submer
A24 Supermicro
B26 TE Connectivity
C39 Ultra Ethernet Consortium (UEC)
A5 Vertiv
B24 Wistron Corporation
B3 Wiwynn
C19 Xscape Photonics
A5 A6 A7 A8 A9 B5 B6 B7 B8 B9 B10
A3 A4 A2 A1
A17 A27 A16 A26 A15 A25 A14 A24 A13 A23
A34 B4 A33 B3
Coffee
Lunch
Snacks
Water
B28 C10 C9 C8 B27 C7
Experience Center
C39 C38 C37 C36 C35 C34 C33 C32 C31 C19 C18 C15 C14 C13 C12 C11
A12 A22 A21 A11 A20
A32 B2 A31 B1
B12 B11 B14 B13
B26 C6 B24 C4 B23 C3 B22 C2 B21 C1
Expo Hall Theater
HALL 1
HALL 1
HALL 2
Cloud-Optimized S
Ultra-low-latency 51.2T Switching for AI and Cloud