# EXHIBIT I


KAYTUS
DRIVING DIVERSE TECHNOLOGY INNOVATIONS
TO POWER OPEN POSSIBILITIES
HPC And AI
Dynamic
Compute
AIVRES
TRANSFORMATIVE
AIVRES