# EXHIBIT J


muRata
Collaborating On
Your OCP Power