# EXHIBIT K


KAYTUS
KAYTUS
100% LIQUID COOLED CABINET
Modular liquid cooling components achieving maximum heat dissipation
HIGH DENSITY COOLING
MAXIMUM ENERGY SAVINGS
SAFETY & RELIABILITY
COMPATIBILITY & ADOPTION
Compute Node
Air-Liquid Radiator