# EXHIBIT L

## John C Leung (JL)'s Post

John C Leung (JL)
Aivres, CPM
10mo

KAYTUS
4,597 followers
10mo

How can we get prepared for the future of #AI and address the challenges of AI adoption in data centers? Mark your calendar for 📅TOMORROW, Oct.17! #KAYTUS insiders are set to give inspiring talks at the 2023 OCP Global Summit by Open Compute Project Foundation
They will deliver insights on our innovative solutions for the new era of computing: high computing density server, liquid cooling options, as well as AI computing and more. So stay tuned for the latest insights and get a front-row seat!




2

Like Comment Share

To view or add a comment, sign in

1,180 followers
171 Posts
View Profile + Follow

## Explore topics

Sales
Marketing
IT Services
Business Administration
HR Management
Engineering
Soft Skills
See All

## More Relevant Posts




Business Administration
HR Management
Engineering
Soft Skills
See All

2

Like Comment Share

To view or add a comment, sign in

## More Relevant Posts

John C Leung (JL) reposted this

Udi Paret
Chief Business Officer, at ZutaCore
1y

Exciting to have Inspur Systems bringing to market a 'cooled-by-ZutaCore' version for the Open19 Foundation standards, for the benefit of data center owners and operators the caliber of Equinix Metal. Thank you Jack Ma!




33

Like Comment Share

To view or add a comment, sign in

John C Leung (JL)
Aivres, CPM
2y

IEIT SYSTEMS
4,932 followers
2y

MLCommons™ released MLPerf Training v1.1 results. Inspur Information submitted in all 8 closed division tasks with its NF5688M6 server the top performer in 4 tasks and its NF5488A5 server the top performer in 3. This combined performance of 7 out of 8 benchmark titles is a result of Inspur's innovative system design and full-stack optimizations in AI.

Click here to learn more: https://lnkd.in/gZrju-Ef






1

Like Comment Share

To view or add a comment, sign in

John C Leung (JL)
Aivres, CPM
3y

NVIDIA Data Center
120,617 followers
3y

Check out this review of the Inspur NF5488A5 8x NVIDIA A100 HGX Platform by ServeTheHome: https://nvda.ws/2Vtl6xe



Inspur NF5488A5 8x NVIDIA A100 HGX Platform Review
https://www.servethehome.com

Like Comment Share

To view or add a comment, sign in

John C Leung (JL)
Aivres, CPM
3y

NOV 10

Tues, 6:10-6:40 am PT
OCP General Purpose Enterprise Server 2021 Workstream,
Alan Chang, Inspur Systems VP of Product Management

NOV 12

Thurs, 5:45-6:00 pm PT
OAI Reference System Review by Inspur
Gavin Wang, Inspur Systems Senior Product Manager

This content isn't available here
Access this content and more in the LinkedIn app
Download the app

Like Comment Share

To view or add a comment, sign in

John C Leung (JL)
Aivres, CPM
3y

https://lnkd.in/gyVspjz

2

Like Comment Share

To view or add a comment, sign in

John C Leung (JL)
Aivres, CPM
4y · Edited

Please join #Inspur and #NVIDIA in this #webinar to explore the future of #AI in the evolving #datacenters. Discover #nextgen #AI technologies and solutions that unlock unprecedented performance to empower diverse and demanding workloads.

https://lnkd.in/gZ652FX

**Inspur + NVIDIA Webinar: AI Solutions for Your Data Center**

2

Like Comment Share

To view or add a comment, sign in

John C Leung (JL)
Aivres, CPM
4y · Edited

Inspur releases NF8260M6 and NF8480M6 #4Socket #4Way servers that support the latest 3rd Gen #Intel #XeonScalable processors. It will provide customers with higher memory density and reliable #computing power to support #datacentric transformation. Learn more: https://t.co/UaF3yRjok3

**Inspur Releases M6 Four-Socket Servers Supporting the 3rd Gen Intel Xeon Scalable Processor and Intel Optane Persistent Memory 200 Series**

3

Like Comment Share

To view or add a comment, sign in


LinkedIn © 2024 About Accessibility User Agreement Privacy Policy Your California Privacy Choices Cookie Policy Copyright Policy Brand Policy Guest Controls
Community Guidelines Language