# EXHIBIT M

# KAYTUS Releases Data Center Management Platform KSManage

2024-02-02

*KSManage Provides an Intelligent O&M Full Lifecycle Solution for AIOps in Data Centers*

**Singapore, February 1, 2024 - KAYTUS,** a leading IT infrastructure provider, has announced the launch of KSManage, a data center management platform that significantly boosts the intelligence and efficiency of data center operations through its comprehensive full lifecycle maintenance, precise fault diagnosis, and advanced energy management tailored for the dynamic environments of modern data centers. This platform is adept at effectively tackling the operational and management challenges faced by data centers, particularly Large Language Model.

KSManage, crafted by KAYTUS specifically for industry data centers, is the next-generation infrastructure management platform. It can achieve comprehensive functionalities including full-lifecycle asset management, intelligent monitoring, and automated deployment management for data center infrastructure. It is a powerhouse of rich reporting analysis capabilities, equipped with various development modes to adapt to diverse requirements. It also skillfully orchestrates the management of cloud-based edge data center servers, storage solutions, networks, and dynamic environment monitoring equipment. This unified and intelligent solution significantly boosts operational efficiency for clients, cuts down on operational costs, and ensures the secure, reliable, and stable functioning of data centers.

**Automated operation and maintenance throughout the entire lifecycle with a 90% increase in asset management efficiency**

**According to the Head of Operations at the data center of a financial institution,** the AIGC applications such as Large Language Models have been demanding the computing power of data centers, leading to their sustained expansion and presenting operation engineers with ever-growing challenges. Usually, the construction of data centers is phased, while operation and maintenance represent the most time-consuming aspects of the entire lifecycle. As data centers deploy an increasing number of devices and applications, it becomes necessary for multiple departments to collaborate on tasks such as influx, installation, inventory, and maintenance of a large number of IT equipment. In addition, the data silos between departments have introduced new challenges, making the workflow extremely complex. The complexity and scale of the data center continue to increase, intensifying the challenges in data center operations and IT asset management.

Regardless of the size of the data centers, operation engineers are eager for an efficient operational method to address complex challenges. KSManage offers a broader range of centralized asset management capabilities, both online and offline, making it easier to manage over 400 different brands and types of assets. KSManage features four sub-systems and six functional modules. For example, the intelligent IoT asset management subsystem, powered by unique RFID and IoT technologies, automates both online and offline asset management. The subsystem breaks down the barriers between data center operation and management and integrates IT procurement, application, auditing, and financial business processes, reducing operational workload by 40% and improving asset management efficiency by 90%. It ensures comprehensive traceability and management of assets, assisting users in real-time tracking asset location, status, ownership, and related information.

**Transitioning from passive operations to proactive alerts with a fault diagnosis rate exceeding 98%**

**According to an operation engineer at a data center,** many data centers currently have over 100,000 devices, leading to a significant increase in the workload of IT operations and maintenance. This includes numerous repetitive tasks, such as manual alerts and repairs. Ensuring business stability and continuity of business operations when dealing with such a massive number of devices has always been the top priority. By means of precise fault warnings, predictive maintenance, and other methods, addressing potential risks in advance, to enhance the continuous stability of equipment in the data centers. These measures can free operation and maintenance personnel from manual alerts and repair tasks, improving the efficiency of data center operations.

The AIOps (Artificial Intelligence for IT Operations) is a key highlight of KSManage, which was built by KAYTUS for the intelligent operation of infrastructure. Through intelligent response processes and data-driven decision-making support, KSManage is capable of uniformly analyzing 100,000+ and over 100 million monitoring indicators. It swiftly and accurately pinpoints faults, with a fault diagnosis rate exceeding 98%. It also effectively addresses the problem of system fault tolerance in the event of occasional hardware failures. The drive fault prediction can detect risks 15 days in advance, and the accuracy of memory fault prediction has increased by 30%.

In addition, it integrates AI algorithms for performance and capacity prediction. The platform employs the innovative ETF threshold-free alarm algorithm, enabling alarms for server cluster performance and capacity without set thresholds, achieving an alarm accuracy rate of 95.26%. This ensures a precise allocation of computing power. AIOps not only significantly improves the stability and reliability of core business operations but also offers capabilities like proactive intelligent stop-loss and fault location. This evolution in data center operations transition from passive response to proactive prevention, and further to intelligent prevention, unlocking new value in data center operations.

**Integrating the data center's environmental monitoring system for energy management with maximum 20% reduction in energy consumptionx**

The demanding computing power continues to grow with the emergence of new applications, such as artificial intelligence and big data. Advances in semiconductor technology have led to increased power consumption per core in chips, and the data center has become a major consumer of electricity. Consequently, a green and efficient solution is essential for servers, as the carriers of computing power, and for the entire data center. Servers play a crucial role in delivering green computing power. Efficiently scheduling computing resources is key to maximizing the utilization of computing power, making it a critical aspect of data center operation and management. Enhancing the management of IT-related energy consumption in data centers can effectively help with efficient business operations and meet the requirements of operation and maintenance development.

To enhance energy management in data centers' dynamic environments, KSManage provides a wide range of power control strategies integrating the energy consumption data of various devices and IT equipment, including air conditioning, lighting, power supply, fire protection, access control, as well as server equipment, switches, storage, and other devices. The solution digitalizes the data center, providing a visual display of the server rooms and racks throughout the facility. By managing the energy consumption of the data center and analyzing its carbon footprint in real-time, it can detect carbon emissions from specific server rooms and racks, thereby enabling the evaluation, tracking, and management of carbon emissions from particular business sections. Utilizing these results, the system can analyze overall space utilization within the data center and offer data support for the installation and removal of servers, thereby optimizing rack density. Moreover, real-time analysis of the data center's carbon footprint, based on energy consumption, aids in improving space utilization and reducing energy consumption by 15-20%. This reduction significantly lowers the Power Usage Effectiveness (PUE) of the data center.

About KAYTUS

KAYTUS is a leading provider of IT infrastructure products and solutions, offering a range of cutting-edge, open, and environmentally-friendly infrastructure products for cloud, AI, edge, and other emerging scenarios. With a customer-centric approach, KAYTUS flexibly responds to user needs through its agile business model. Learn more at KAYTUS.com

Media Contact: media@kaytus.com

Previous: KAYTUS at WAICF24
Next: The KAYTUS V2 Series Servers Support 5th Gen Intel® Xeon® Processors, Maximizing Performance at Server Unit Energy Consumption

Back to list

News

· KAYTUS Partner with Serial Achieva to Accelerate AI, Cloud Computing Development in ASEAN
2024-08-02

· KAYTUS Unveils State-of-the-Art Innovation Center in Seoul for Next-Gen Compute Solutions
2024-06-18

· KAYTUS Support for Intel® Xeon® 6 Processors - Unmatched AI Performance and Eco-Efficiency
2024-06-17

· KAYTUS Introduces KR2280V2 Server: Unmatched Versatility Across Three Platforms
2024-05-24

· KAYTUS Launches K22V2 Server, Pioneering New Architecture of 2U half-width Ultra Efficiency
2024-05-23

Learn more



Copyright © 2024 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.