# EXHIBIT O

# KAYTUS Hardware Service & Warranty Policy

For warranty information on a specific system, please email servicesupport@kaytus.com with the product serial number on the equipment label.

## 1.Introduction

KAYTUS warrants that all KAYTUS hardware products shall provide a three (3) year warranty. This document describes Warranty Service, including a detailed description of service level.

The warranty terms and conditions may vary by country, and some services and/or parts may not be available in all countries. For more information about warranty service in your country, contact KAYTUS technical support or KAYTUS local office.

## 2.Warranty Terms and Conditions

Warranty Start Date: The warranty start date is based on KAYTUS shipping date.

KAYTUS warrants that the hardware products that the customer has purchased from KAYTUS shall be free from defects in materials and workmanship under normal use consistent with the product instructions during the Warranty Period. In the event that KAYTUS receives notice during the warranty period that any Hardware does not conform to its specifications, KAYTUS shall, at its sole discretion, repair or replace the non-conforming hardware in accordance with this warranty. KAYTUS replacement parts used in Hardware replacement may be new or equivalent to new in performance and reliability.

Remote Technical Support:

- KAYTUS provides 24 x 7 remote technical support through hotline, e-mail and website. Through hotline and e-mail service, KAYTUS engineers could help customers diagnose the cause of the malfunction and provide solution.
- Information needed when requesting for support:

① Contact name, phone number, e-mail address

② System serial number, part number, model and location (address) of the product needing service

③ Detailed description of problem, logs screenshot of issue, pictures of damaged/faulty parts, etc.

Onsite Service:

When KAYTUS ultimately determine that an onsite service is needed, the onsite service will be scheduled in accordance with the Response Time Commitment. The response time is measured from the time when the remote troubleshooting is completed and logged to the arrival of a service engineer and parts to Customer location for repair.

- 9 × 5 × NBD Onsite Response: KAYTUS service engineer typically arrives at the customer's data center on the next business day. Onsite service ticket received/dispatches after 4:00 pm local time will require an additional day for the service engineer to arrive.

| Distance to KAYTUS Service Office Onsite | Response Time |
|---|---|
| ≤100 km | Next Business Day |
| >100 km | One additional day depending on the specific situation |

Note: *KAYTUS reserves the rights to revise or adjust the service deliverable of KAYTUS Service Level Agreement due to the limited regional service resource. KAYTUS will provide the mutual agreed support service to Customers upon KAYTUS availability.*

## Warranty Exclusions

KAYTUS does not guarantee that there will be no interruptions or mistakes during the use of the products. KAYTUS will not undertake any responsibility for the losses arising from any operation not conducted according to KAYTUS Hardware Products.

The Warranty Service Terms & Conditions do not apply to consumable parts, as well as any products the serial number of which falls off, is damaged or obscure for the following reasons:

- The serial number of KAYTUS product or component has been removed or damaged.
- Any product defect rendered as a result of accident, misuse, abuse, contamination, improper or inadequate maintenance or calibration or other external causes.
- Any failure caused by virus infection, third party software, interfacing, parts or supplies that are not supplied by KAYTUS.
- Any damage caused by improper site preparation or maintenance or use under abnormal conditions.
- Loss or damage in transit.
- The product has been modified or serviced by non-authorized personnel.
- Any damage to or loss of any personal data, programs, or removable storage media.
- The restoration or reinstallation of any data or programs except the software installed by KAYTUS when the product is manufactured.
- Any consumable parts, such as, but not limited to, battery or protective coating that is diminished over time, unless the failure has occurred during DOA period, such failure caused by KAYTUS' material or workmanship.
- Any cosmetic damage, such as, but not limited to, scratches, dents, broken plastics, metal corrosion, or mechanical damage unless the failure has occurred during DOA period due to a defect in KAYTUS' material or workmanship.
- Any engineering sample, evaluation unit or non-mass production product is not covered under warranty service.
- Any solid-state drive (SSD) the usage of which has reached its write endurance limit.
- Directly or indirectly violate applicable export control and economic sanctions laws and regulations worldwide.
- Any worldwide regulatory changes that cause KAYTUS cannot provide service or certain spare parts to you.

IN NO EVENT WILL KAYTUS BE LIABLE FOR ANY DIRECT LOSS OF USE, INTERRUPTION OF BUSINESS, LOST PROFITS, OR LOST DATA, OR INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, EVEN IF KAYTUS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE, AND WHETHER OR NOT ANY REMEDY PROVIDED SHOULD FAIL OF ITS ESSENTIAL PURPOSE.



Copyright © 2024 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.