# EXHIBIT P



# Contact Us



Corporate Headquarters +

Asia-Pacific +

Middle East & Turkey +

Europe +

North America –

### United States

Telephone: +65 6611 8899

Technical Support: servicesupport@kaytus.com

## Contact Request

Requirements Type*

Please Select

First Name*

Last Name*

Phone number*

Business Email Address*

Country or Region*

Please Select

Company*

Your Message*

Fill your requirements briefly here to help us provide the most accurate and timely information for you.

KAYTUS is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. You may unsubscribe from these communications at anytime. For more information on how KAYTUS manages, uses, and protects your information please refer to Privacy Policy.

By clicking submit below, you consent to allow KAYTUS to store and process the personal information submitted above to provide you the content requested.

protected by reCAPTCHA
Privacy - Terms

Submit

Contact Us

## How can we help?

Search

Product Support | Get a Quote | Contact Us



Copyright © 2024 KAYTUS SYSTEMS PTE. LTD. All Rights Reserved.