SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
ERIN P. GIBSON (Bar No. 229305)
erin.gibson@us.dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

BRENT K. YAMASHITA (Bar No. 206890)
Brent.Yamashita@us.dlapiper.com
DLA PIPER LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

HELENA D. KIEPURA (*pro hac vice*)
helena.kiepura@us.dlapiper.com
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

AMY LYDON (*pro hac vice*)
Amy.Lydon@us.dlapiper.com
CLAIRE SCHUSTER (*pro hac vice*)
claire.schuster@us.dlapiper.com
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

***Attorneys for Plaintiff Hewlett Packard Enterprise Company***

*[Additional Counsel Listed on Next Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,

Plaintiff,

v.

INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD., a Singapore company.

Defendants.

Case No. 4:24-cv-2220-JST

**DECLARATION OF SEAN CUNNINGHAM IN SUPPORT OF PLAINTIFF HEWLETT PACKARD ENTERPRISE COMPANY'S OPPOSITION TO INSPUR GROUP CO. LTD.'S MOTION TO DISMISS**

Date: October 17, 2024
Time: 2:00 p.m.
Location: Courtroom 6, 2nd Floor
Judge: Hon. Jon S. Tigar

MICHAEL L. BURNS (*pro hac vice*)
michael.burns@us.dlapiper.com
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

ANGELA C. WHITESELL (*pro hac vice*)
angela.whitesell@us.dlapiper.com
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5700
Facsimile: 302.394.2341

STEPHANIE M. PIPER (*pro hac vice*)
stephanie.piper@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Telephone: (212) 335-4726
Facsimile: (212) 884-8526

AIMA MORI (*pro hac vice*)
aima.mori@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 251-5710
Facsimile: (312) 236-7516

MICHAEL SAULNIER (*pro hac vice)*
Michael.saulnier@us.dlapiper.com
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7234
Facsimile: (512) 721-2234

I, Sean Cunningham, hereby declare as follows:

1. I am a partner at the law firm DLA Piper LLP (US). I am counsel of record for Plaintiff Hewlett Packard Enterprise Company ("HPE") in this action. I submit this Declaration in Support of Hewlett Packard Enterprise Company's Opposition to Defendant Inspur Group Co., Ltd.'s Motion to Dismiss.

2. Attached as **Exhibit A** is a true and correct excerpt of a document titled "Inspur Server User Manual NF5180M5," Edition 1.8, dated November 2020.

3. Attached as **Exhibit B** is a true and correct excerpt of a document titled "Inspur Physical Infrastructure Manager v 6.0.0 User Manual," Version V1.1, Release Date 2020-10-30.

4. Attached as **Exhibit C** is a true and correct excerpt of a document titled "Inspur Physical Infrastructure Manager (ISPIM) White Paper," Version V1.1, Release Date 2020-10-30.

5. Attached as **Exhibit D** is a true and correct excerpt of a document titled "Inspur Server NF5280M5 Operation and Maintenance Guide," Document Version 1.2, Release date 2020-01.

6. Attached as **Exhibit E** is a true and correct excerpt of a document titled "Inspur Server User Manual NF5280M5," Edition 1.13 dated May 20201.

7. Attached as **Exhibit F** is a true and correct copy of a product datasheet for the Inspur NF5280M5 Server.

8. Attached as **Exhibit G** is a true and correct copy of https://web.archive.org/web/20230209071240/https://en.inspur.com/en/contact_inspur/index.html, last accessed September 9, 2024.

9. Attached as **Exhibit H** is a true and correct copy of https://web.archive.org/web/20230209070704/https://en.inspur.com/en/about_inspur/index.html , last accessed Sept. 9, 2024.

10. Attached as **Exhibit I** is a true and correct copy of a news article published by the South China Morning Post published on March 8, 2023 titled "Tech war: China-listed unit of server maker Inspur on US trade blacklist changes domicile to a location 2km from parent."

/////

11. Attached as **Exhibit J** is a true and correct copy of https://web.archive.org/web/20230209071933/https://en.inspur.com/en/feedback/warranty_policy/index.html, last accessed September 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September 2024 in Washington, D.C.

*/s/ Sean C. Cunningham*
SEAN C. CUNNINGHAM