# EXHIBIT A

# Inspur Server User Manual

# NF5180M5

© Copyright Inspur 2017. All rights reserved.

No part of this document may be reproduced or transmitted in any form or by any means without prior written consent of Inspur.

The information in this manual is subject to change without notice.

Inspur is the registered trademark of Inspur. All the other trademarks or registered trademarks mentioned in this manual are the property of their respective holders.

Edition: 1.8

November,2020

Editon Statement:BMC Setting(Chapter 9)  updated.

# Abstract

This manual contains technical information such as specifications, hardware operations, software configuration, fault diagnosis, etc., which is relevant to the maintenance and operation of this server.

It is recommended that server installation, configuration and maintenance is performed by experienced technicians only.

# Target Audience

This manual is intended for:

- Technical support engineers
- Product maintenance engineers
- Technicians

# Warnings

This manual introduces the NF5180M5 server's technical features, system installation and setup, which will help the user to understand how best to utilize the server and all its functions.

1.For your safety, please do not disassemble the server's components arbitrarily. Please do not extend configuration or connect other peripheral devices arbitrarily. If needed, please contact Inspur for our support and guidance.

2.Before disassembling the server's components, please be sure to disconnect all the power cords connected to the server.

3.BIOS and BMC setup is a significant factor in correctly configuring your server. If there are no special requirements, it is suggested to use the Default Values and not alter the parameter settings arbitrarily. After the first login, please change the BMC user password in time.

4.Please install the product-compatible operating system and use the driver provided by Inspur. If you use an incompatible operating system or non-Inspur driver, it may cause compatibility issues and affect the normal use of the product, Inspur will not assume any responsibility or liability.

Inspur is not responsible for any damages, including loss of profits, loss of information, interruption of business, personal injury, and/or any damage or consequential damage without limitation, incurred before, during, or after the use of our products.

# Contents

1 Safety Instructions ........ 1

2 Product Specifications ........ 5
2.1 Introduction ........ 5
2.2 Features and Specifications ........ 5
2.3 Power Efficiency ........ 7

3 Component Identification ........ 9
3.1 Front Panel Components ........ 9
3.2 Rear Panel Components ........ 11
3.3 Motherboard Components ........ 12
3.4 Motherboard Jumper Introduction ........ 14

4 Operations ........ 15
4.1 Power up the Server ........ 15
4.2 Power down the Server ........ 15
4.3 Extend the Server from the Rack ........ 15
4.4 Remove the Access Panel ........ 16
4.5 Install the Access Panel ........ 16
4.6 Remove the Front Baffle ........ 16
4.7 Remove the PCIE Riser Cage ........ 17

5 Setup ........ 19
5.1 Optimum Environment ........ 19
5.2 Rack Warnings ........ 21
5.3 Identifying the Contents of the Server Shipping Carton ........ 22
5.4 Installing Hardware Options ........ 22
5.5 Installing the Server into the Rack ........ 23
5.6 Installing the Operating System ........ 23

6 Hardware Options Installation ........ 25
6.1 Processor Option ........ 25
6.2 Memory Option ........ 27
6.3 Hot-plug HDD Option ........ 29

6.4 Redundant Hot-plug Power Supply Option ............ 30
6.5 TPM Option ............ 31
6.6 M.2 SSD Option ............ 32
6.7 OCP Card Option ............ 33

7 Cabling ............ 35

8 BIOS Setup ............ 38
8.1 Common Operations ............ 38
8.2 BIOS Parameter Description ............ 61
8.3 Firmware Update ............ 101

9 BMC Settings ............ 105
9.1 Introduction ............ 105
9.2 Server System Overview ............ 105
9.3 IPMI2.0 ............ 107
9.4 Management Web GUI ............ 113
9.5 SNMP ............ 116
9.6 Smash-Lite CLI ............ 117
9.7 System Information and State ............ 120
9.8 Device State Monitor and Diagnostic ............ 130
9.9 Logs ............ 133
9.10 Event Alerting ............ 136
9.11 Diagnostics ............ 138
9.12 BMC Self Recovery ............ 140
9.13 LED ............ 141
9.14 BMC Network ............ 141
9.15 Users ............ 144
9.16 Protocols and Ports ............ 151
9.17 Time and NTP ............ 152
9.18 BIOS and BMC ............ 153
9.19 Storage ............ 155
9.20 Server Control ............ 158
9.21 Power Supply and Power Consumption ............ 159
9.22 Fan Speed Control (FSC) ............ 162
9.23 Firmware Update ............ 163
9.24 Restore Factory Defaults ............ 168

9.25 Serial Over LAN (SOL) and System Serial Log Recording........169
9.26 Console Redirection(KVM)........170
9.27 Virtual Media........174
9.28 Redfish........176
9.29 Appendix........180

10 Common Faults, Diagnosis and Troubleshooting........181
10.1 Hardware Problems........181
10.2 Software Problems........184

11 Battery Replacement........187

12 Regulatory Compliance Notices........188
12.1 Regulatory Compliance Identification Numbers........188
12.2 Federal Communications Commission Notice........188
12.3 Cables........189
12.4 European Union Regulatory Notice........189
12.5 Disposal of Waste Equipment by Users in the European Union........189
12.6 Korean Notice........190
12.7 Chinese Notice........190
12.8 Battery Replacement Notice........190
12.9 Battery Caution........191
12.10 Restricted Access Area........192

13 Electrostatic Discharge........193
13.1 Preventing Electrostatic Discharge........193
13.2 Grounding Methods to Prevent Electrostatic Discharge........193

14 Warranty........194
14.1 Introduction........194
14.2 Warranty Service........194
14.3 Warranty Exclusions........195

15 Appendix........196
15.1 Drive Neodymium Content Reference........196

# 10 Common Faults, Diagnosis and Troubleshooting

This chapter introduces the common server faults, as well as corresponding diagnosis and troubleshooting suggestions.

## 10.1 Hardware Problems

1) Power-on failure at startup

Description: After pressing the power button, the LED (power status LED, HDD status LED) on server's front control panel is off. Meanwhile, no KVM (display) output is displayed, and server chassis fans do not rotate.

Suggestions:

a. Check the power supply situation: If the power module LED is on, it indicates normal power supply. If the power module LED is off or red, please check whether the power supply is normal, and whether the power cord is connected well.

b. If the power supply is normal, insert the power module again, and then power on for verification.

c. If there is a machine and a power module of the same type, you could change the power module to test whether there is a power module fault.

d. If the instructions above do not resolve the problem, please contact Inspur customer service.

2) No display after power on

Description: After pressing the power button, the power LED on server's front control panel is on, the chassis fans rotate normally, but there's no output on the display.

Suggestions:

a. Firstly check whether the monitor is powered up normally.

b. If the monitor is powered up normally, check whether it is connected normally with the server's VGA port.

c. Test on another monitor.

d. If there is no output on the new monitor, login to the BMC Web interface. Open BMC remote KVM to check whether there is output on the monitor. If there is normal output, it indicates the VGA port may be abnormal, please contact Inspur customer service.

e. If above operations could not resolve the problem, please contact Inspur customer

service.

3) Status LED on front panel is abnormal

Description: The server is under normal operation, but the status LED on front panel turns red.

Suggestions:

a. Firstly confirm which LED is abnormal according to the previous chapter about the LEDs on the front panel.

b. If the system failure LED is abnormal, check whether the system runs normally; if the system runs normally, you can login to the BMC Web interface to view the BMC logs, to check whether there are errors reported.

c. If the power failure LED is abnormal, check whether the power module LED is normal; if the power module LED is normal, you can login to the BMC Web interface to view the BMC logs, to check whether there are errors reported.

d. If other LEDs are abnormal, you can login to the BMC Web interface to view the BMC logs, to check whether there are errors reported.

e. If above operations could not resolve the problem, please contact Inspur customer service.

4) Power module LED is off or red

Description: The server is under normal operation, but a certain power module LED is off or red.

Suggestions:

a. Firstly check whether all power cables are normal, and plug in the power cables again.

b. If the fault still exists, insert the power module again.

c. If shutdown is allowed, you could exchange the two power modules to judge whether it is a power module fault.

d. If above operations could not resolve the problem, please contact Inspur customer service.

5) HDD status LED is abnormal

Description: The server is under normal operation, but the HDD status LED is off or red.

Suggestions:

a. If it is caused by manual operations, restore the array through RAID configuration.

b. If there is no manual operations, check whether the HDDs are identified normally. If the server is configured with an RAID card, login to the RAID management interface to check whether there is an HDD failure.

c. If there is an HDD failure, or the above operations could not resolve the problem, please contact Inspur customer service.

---

⚠ Note: Hot-plugging HDD allows users to take out or replace the HDD without system shutdown and power off, which improves the system disaster recovery capability, scalability and flexibility. It only means the hot-plug HDD can be plugged in and out online without damage, and the following two items need to be noticed: ① Depending on the RAID level, hot plugging the HDD in the RAID will cause RAID degradation or failure. When installing a new HDD, different RAID cards have different policies, you may need to login to the RAID card management interface for recovery. ② Remove the HDD until the HDD motor stops completely, to prevent damage to the motor. For the operations on the RAID card management interface, please refer to Inspur technical website: www.4008600011.com.

---

6) Chassis fans make excessive noise

Suggestions:

a. Firstly check whether the chassis fans operate at a high speed caused by the over-temperature chassis.

b. If the chassis has a high temperature, check the temperature of server room, if it is excessively high, open the air conditioner to cool the room.

c. If the server room's temperature is normal, check whether the front panel or chassis interior is jammed with dust, or the air inlet is blocked. It needs to improve the server room's environment, to avoid server over-temperature running because of too much dust.

d. Check whether the server runs under high load.

e. If above operations could not resolve the problem, please contact Inspur customer service.

7) There is alarm sound during startup

Suggestions:

Firstly identify the source of alarm sound:

a. If the alarm sound comes from the power supply, check the power LED's status. If the power LED is abnormal, refer to item 3) to handle it.

b. If the alarm sound comes from the chassis interior, open the chassis to identify the specific source.

c. If the alarm sound comes from the RAID card, check the HDD LED status or login to the RAID management interface to check the HDD status. For the operations about the RAID management interface, please refer to Inspur technical website: www.4008600011.com.

d. If above operations could not resolve the problem, please contact Inspur customer service.

8) Keyboard and mouse are not available

Description: Neither keyboard nor mouse could be operated normally.

Suggestions:

a. Make sure the keyboard or mouse has been connected correctly and firmly.

b. Replace other parts to test whether it is a mouse or keyboard fault.

c. Power cycle the server and retest.

d. Reboot and enter BIOS or RAID configuration interface to test keyboard or mouse performance. When tested in a non-system situation, if the keyboard or mouse performance turns out to be normal, a system fault could be considered. If the keyboard or mouse fault still exists, a motherboard interface fault could be considered, and Inspur technical hotline can be called for support.

9) USB interface problem

Description: Unable to use devices with a USB interface.

Suggestions:

a. Make sure the operating system on server supports USB devices.

b. Make sure the system has been installed with correct USB device driver.

c. Power off the server, and then power on again to test.

d. Check whether the USB device is normal when connected to other hosts.

e. If the USB device is normal when connected to other hosts, the server may be abnormal:  please contact Inspur customer service.

f. If the USB device turns out to be abnormal when connecting to other hosts, please replace the USB device.

## 10.2 Software Problems

1) System installation problems

Description: It fails to load the RAID driver or to create partitions larger than 2T during

system installation, C disk utilization is too large, and other problems.

Suggestions:

a. If it fails to load the driver during system installation, check the RAID driver's version, please visit Inspur website (http://www.inspur.com) to download the correct RAID driver. For some RAID drivers, it needs to load several times.

b. If it fails to create 2T partitions, check BIOS Advance -> CSM Configuration-> Boot option filter, enable the UEFI option, and select UEFI mode to boot the system. It needs to enter the CMD command line to change the HDD format to GPT, and then partitions larger than 2T can be created.

c. If the C disk utilization is too large after system installation, open Computer Property-> Advanced System Property-> Advanced-> Performance-> Settings-> Change Virtual Memory, turn down the virtual memory or allocate the virtual memory to other partitions.

d. If above operations could not resolve the problem, please contact Inspur customer service.

2) Abnormal memory capacity

Description: The memory capacity displayed in the OS and the physical memory capacity are inconsistent.

Suggestions:

a. Check the OS version, the supported memory capacity varies with the version of Windows OS. Enter BIOS Setup to view the memory capacity, if the memory is identified completely, the operating system may have limits to the memory capacity, e.g. Windows server 2008 x86 supports 4G memory at most.

b. If the memory is not identified completely in BIOS Setup, confirm that the corresponding slots have been installed with memories of correct type.

c. If above operations could not resolve the problem, please contact Inspur customer service.

3) Abnormal network

Description: The network is disconnected, or the rate is lower than the actual rate of the network port.

Suggestions:

a. Check whether the network cable is connected well and whether the network LED flashes normally, re-insert the network cable to test again.

b. If the problem still exists, use a computer to connect with the server directly. If the direct connection is normal, check whether the network cable or the switch port is normal.

c. If the direct connection is abnormal, please visit Inspur website (http://www.inspur.com) to download the latest NIC driver.

d. If above operations could not resolve the problem, please contact Inspur customer service.

# 12 Regulatory Compliance Notices

## 12.1 Regulatory Compliance Identification Numbers

For the purpose of regulatory compliance certifications and identification, this product has been assigned a unique regulatory model number. The regulatory model number can be found on the product nameplate label, along with all required approval markings and information. When requesting compliance information for this product, always refer to this regulatory model number. The regulatory model number is not the marketing name or model number of the product.

## 12.2 Federal Communications Commission Notice

Part 15 of the Federal Communications Commission (FCC) Rules and Regulations has established Radio Frequency (RF) emission limits to provide an interference-free radio frequency spectrum. Many electronic devices, including computers, generate RF energy incidental to their intended function and are, therefore, covered by these rules. These rules place computers and related peripheral devices into two classes, A and B, depending upon their intended installation. Class A devices are those that may reasonably be expected to be installed in a business or commercial environment. Class B devices are those that may reasonably be expected to be installed in a residential environment (for example, personal computers). The FCC requires devices in both classes to bear a label indicating the interference potential of the device as well as additional operating instructions for the user.

### 12.2.1 FCC Rating Label

The FCC rating label on the device shows the classification (A or B) of the equipment. Class B devices have an FCC logo or ID on the label. Class A devices do not have an FCC logo or ID on the label. After you determine the class of the device, refer to the corresponding statement.

#### Class A Equipment

This equipment has been tested and found to comply with the limits for a Class A digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference when the equipment is operated in a commercial environment. This equipment generates, uses, and can radiate radio frequency energy and,

if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. Operation of this equipment in a residential area is likely to cause harmful interference, in which case the user will be required to correct the interference at personal expense.

## 12.3 Cables

Connections to this device must be made with shielded cables with metallic RFI/EMI connector hoods in order to maintain compliance with FCC Rules and Regulations.

## 12.4 European Union Regulatory Notice

Products bearing the CE marking comply with the following EU Directives:

- Low Voltage Directive 2014/35/EU
- EMC Directive 2014/30/EU

CE compliance of this product is valid if powered with the correct CE-marked AC adapter provided by INSPUR.

Compliance with these directives implies conformity to applicable harmonized European standards (European Norms) that are listed in the EU Declaration of Conformity issued by INSPUR for this product or product family and available (in English only) within the product documentation.

The compliance is indicated by one of the following conformity markings placed on the product:

Please refer to the regulatory label provided on the product.

## 12.5 Disposal of Waste Equipment by Users in the European Union

This symbol on the product or on its packaging indicates that this product must not be disposed of with other household waste. Instead, it is your responsibility to dispose of your waste equipment by handing it over to a designated collection point for the recycling of waste electrical and electronic equipment. The separate collection and recycling of your waste equipment at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. For more

information about where you can drop off your waste equipment for recycling, please contact your local city office, your household waste disposal service or the shop where you purchased the product.



## 12.6 Korean Notice

Class A Equipment

| | |
|---|---|
| A급 기기<br>(업무용 방송통신기기) | 이 기기는 업무용(A급)으로 전자파적합등록을 한 기기이오니 판매자 또는 사용자는 이 점을 주의하시기 바라며, 가정 외의 지역에서 사용하는 것을 목적으로 합니다. |

Class B Equipment

| | |
|---|---|
| B급 기기<br>(가정용 방송통신기기) | 이 기기는 가정용(B급)으로 전자파적합등록을 한 기기로서 주로 가정에서 사용하는 것을 목적으로 하며, 모든 지역에서 사용할 수 있습니다. |

## 12.7 Chinese Notice

Class A Equipment

声明

此为 A 级产品，在生活环境中，该产品可能会造成无线电干扰。在这种情况下，可能需要用户对其干扰采取可行的措施。

## 12.8 Battery Replacement Notice

**CAUTION:** Risk of explosion if battery is replaced by an incorrect type. Dispose of used batteries according to the instruct ions.

**ATTENTION:** Risque d’explosion si la batterie est remplacée par un type incorrect. Mettre au rebus les batteries usagées selon les instructions.



Batteries, battery packs, and accumulators should not be disposed of together with the general household waste. To forward them to recycling or proper disposal, use the public collection system or return them to Inspur, an authorized Inspur Partner, or their agents

## 12.9 Battery Caution

### 12.9.1 Battery use caution

When battery is used, avoid:

- High or low extreme temperatures during use, storage and transportation.
- Extremely low air pressure, or low air pressure at high altitude.
- Battery replacement.

Use the battery properly. Improper use of the battery such as the following may cause risks of fire, explosion or leakage of flammable liquid or gas.

- Replace battery with an incorrect type;
- Dispose of a battery into fire or a hot oven, or mechanically crushing or cutting of a battery;

Dispose the used battery according to your local regulations or the battery manufacturer's instructions.

### 12.9.2 Avertis sement de l’utilisation de la batterie

Lorsque utiliser la batterie, évitez:

- Températures extrêmement élevées ou basses pendant l’utilisation, le stockage et le transport;
- Pression d’air extrêmement basse, ou pression d’air basse à haute altitude.
- Remplacement de la batterie.

Utilisez la batterie correctement. Mauvaise utilisation de la batterie comme celles mentionnées ici, peut entraîner des risques d’incendie, d’explosion ou de fuite liquide de gaz inflammables.

- Remplacer la batterie par un type incorrect;

- Disposer d'une batterie dans le feu ou un four chaud, écraser mécaniquement ou couper la batterie;

Disposer la batterie utilisée conformément à vos règlements locaux ou aux instructions du fabricant de la batterie.

### 12.9.3 Personal safety warnings

- Chemical Burn Hazard. This product contains a coin cell battery. Do not ingest battery. If the coin cell battery is swallowed, it can cause severe internal burns in just 2 hours and can lead to death.
- Keep new and used batteries away from children.
- If the battery compartment does not close securely, stop using the product and keep it away from children.
- If you think batteries might have been swallowed or placed inside any part of the body, seek immediate medical attention.

### 12.9.4 Avertissements de sécurité personnelle:

- Risque de brûlure chimique. Ce produit contient une batterie de

cellules. N'ingérer pas la batterie. Si la batterie de cellule est avalée, elle peut causer de graves brûlures internes en seulement 2 heures et peut entraîner la mort.

- Gardez les batteries nouvelles ou utilisées à l'écart des enfants.
- Si le compartiment de la batterie ne se ferme pas en toute sécurité, cessez d'utiliser le produit et gardez-le à l'écart des enfants.
- Si vous pensez que des piles ont pu être avalées ou placées à l'intérieur d'une partie du corps, consultez immédiatement un médecin.

## 12.10 Restricted Access Area

Equipment is intended for installation in Restricted Access Area.

Les matériels sont destinés à être installés dans des EMPLACEMENTS À ACCÈS RESTREINT.

# 13 Electrostatic Discharge

## 13.1 Preventing Electrostatic Discharge

To prevent damaging the system, be aware of the precautions you need to follow when setting up the system or handling parts. A discharge of static electricity from a finger or other conductor may damage system boards or other static-sensitive devices. This type of damage may reduce the life expectancy of the device.

To prevent electrostatic damage:

- Avoid hand contact by transporting and storing products in static-safe containers.
- Keep electrostatic-sensitive parts in their containers until they arrive at static-free workstations.
- Place parts on a grounded surface before removing them from their containers.
- Avoid touching pins, leads, or circuitry.
- Always be properly grounded when touching a static-sensitive component or assembly.

## 13.2 Grounding Methods to Prevent Electrostatic Discharge

Several methods are used for grounding. Use one or more of the following methods when handling or installing electrostatic-sensitive parts:

- Use a wrist strap connected by a ground cord to a grounded workstation or computer chassis. Wrist straps are flexible straps with a minimum of 1 megohm ±10 percent resistance in the ground cords. To provide proper ground, wear the strap snug against the skin.
- Use heel straps, toe straps, or boot straps at standing workstations. Wear the straps on both feet when standing on conductive floors or dissipating floor mats.
- Use conductive field service tools.
- Use a portable field service kit with a folding static-dissipating work mat.

If you do not have any of the suggested equipment for proper grounding, have an authorized reseller install the part.

For more information on static electricity or assistance with product installation, contact Inspur Customer Service.

# 14 Warranty

## 14.1 Introduction

Inspur warrants that all Inspur-branded hardware products shall provide a period of three (3) year warranty. This document describes Warranty Service, including a detailed description of service-level.

The warranty terms and conditions may vary by country, and some services and/or parts may not be available in all countries. For more information about warranty services in your country, contact Inspur technical support or Inspur local office.

## 14.2 Warranty Service

### 14.2.1 Service Overview

| Type | Duration |
|---|---|
| Remote Services | 3 years |
| RMA Services | 3 years |

### 14.2.2 Warranty Service Terms & Conditions

#### i. Remote Services

Inspur provides 24x7 remote service through Hotline, E-mail and Website. Through Hotline and E-mail Services, Inspur engineer helps customers determine the cause of the malfunction and provide solution. Website service provides a number of resources to help customers resolve problems, and learn about our products, such as product manuals, drivers and Firmware.

Below is how to obtain our remote service:

| Type | Description | Response time |
|---|---|---|
| Hotline | 1-844-860-0011(English)<br>1-760-769-1847(English)<br>86-800-860-0011(Chinese) | Within 2hrs |
| E-mail | serversupport@inspur.com | Within 2hrs |
| Website | http://en.inspur.com/ | --- |

#### ii. RMA Services

Customers could return defective parts to the designated Inspur site after submitting a service request. Inspur may, at its discretion, repair or replace the defective parts. Repair or

replacement parts may be new, used, or equivalent to new in performance and reliability. Replaced or repaired parts are warranted to be free of defects in material or workmanship for ninety (90) calendar days or, for the remainder of the warranty period of the product, whichever is longer.

## 14.3 Warranty Exclusions

Inspur does not guarantee that there will be no interruptions or mistakes during the use of the products. Inspur will not undertake any responsibility for the losses arising from any operation not conducted according to Inspur Hardware Products.

The Warranty Service Terms & Conditions do not apply to consumable parts, as well as any products the serial number of which falls off, is damaged or obscure for the following reasons:

- Accident, misuse, abuse, defiling, improper maintenance or calibration or other external causes
- Operating beyond the parameters as stipulated in the user documentation
- Use of the software, interface, parts or supplies not provided by Inspur
- Improper preparation place or maintenance
- Virus infection
- Loss or damage in transit
- Alterations or repairs have been made by unauthorized persons, or service organizations

Inspur does not undertake any responsibility for the damages or losses of any application, data or removable storage medium. Except for the software installed by Inspur in its production of this product, Inspur is not responsible for the restoration or reinstallation of any programs or data.

# 15 Appendix

## 15.1 Drive Neodymium Content Reference

Seagate drive neodymium content reference range:

| Product Series Name | Neodymium Content Range | | |
|---|---|---|---|
| | ＜ 5g | 5g - 25g | ＞ 25g |
| Cimarron（2T/4T） | √ | | |
| Cimarron（6T/8T） | | √ | |
| Evans | | √ | |
| Kestrel | √ | | |
| MakaraBP | | √ | |
| MakaraPLUS | | √ | |
| Mobula | | √ | |
| MobulaBP | | √ | |
| Skybolt | √ | | |
| Tatsu | | √ | |

WD drive neodymium content reference range:

| Product Series Name | Neodymium Content Range | | |
|---|---|---|---|
| | ＜ 5g | 5g - 25g | ＞ 25g |
| Rainier | √ | | |
| Libra He10 | | √ | |
| Leo A | | √ | |
| Vela-A | | √ | |
| Vela-AX | | √ | |
| Vela-AP | | √ | |
| Hs14 | | √ | |
| Leo-B | | √ | |

Toshiba drive neodymium content reference range:

| Product Series Name | Neodymium Content Range | | |
|---|---|---|---|
| | ＜ 5g | 5g - 25g | ＞ 25g |
| AL14SE-Lite | √ | | |
| AL15SE | √ | | |
| AL14SX | √ | | |
| MG04 Tomcat-R SAS | | √ | |
| MG04 Tomcat-R SATA | | √ | |
| MG04 Tomcat SATA | | √ | |
| MG06 SAS | | √ | |
| MG06 SATA | | √ | |
| MG07 SAS | | √ | |
| MG07 SATA | | √ | |