# EXHIBIT B



# Inspur Physical Infrastructure Manager V6.0.0 User Manual

Version **V1.1**

Release Date **2020-10-30**

# Legal Notice

Copyright © Inspur 2017. All rights reserved

No part of this document may be reproduced or modified or transmitted in any form or by any means without prior written consent.

Note: The products, services or features you purchase should be subject to Inspur Group's commercial contracts and terms. All or part of the products, services, or features described in this document may not be within the scope of your purchase or use. Unless otherwise agreed in the contract, Inspur Group makes no express or implied statement or warranty on the contents of this document. The content of this document may be updated from time to time due to product version upgrades or other reasons. Unless otherwise agreed, this document is intended as a guide only, and all statements, information, and recommendations in this document do not constitute any express or implied warranty. Inspur retains ownership of the software and all related intellectual property rights. Any entity that obtains or uses the software shall respect and protect Inspur and related rights holders to the software and related intellectual property rights in accordance with the provisions of laws and regulations and in accordance with the provisions of legal agreements. The respect and protection of the rights shall not be less than the obligations of Inspur to other rights holders.

"Inspur" is a registered trademark of Inspur Group.

"Windows" is a registered trademark of Microsoft Corporation.

"Intel" and "Xeon" are registered trademarks of Intel Corporation.

Other trademarks belong to their respective registered companies.

Service Phone: 4008600011

Address: Inspur Electronic Information Industry Co., Ltd., 1036 Inspur Road, Jinan, China

Postcode: 250101



Copyright © Inspur. All rights reserved

# Foreword

## Overview

This document introduces Inspur Physical Infrastructure Management Platform (hereinafter referred to as “ISPIM”) product introduction, basic operations, main functions, answers to frequently asked questions, etc.

## Audience

This document is intended for the following engineers:

- Technical Support Engineer
- Maintenance Engineer

## Security Statement

1. The product you purchased may obtain or use certain personal data of the user (such as account number, phone number, email address, user IP address, etc.) in the course of business operation or fault location. Therefore, you are obligated to comply with the laws of the applicable country or region and formulate necessary user privacy policies and take sufficient measures to ensure that users’ personal data are fully protected.

2. This product needs to apply to the customer and obtain the customer's authorization to collect customer network data, and only collect data within the scope of the customer's authorization during the collection process. Before the customer network data is transmitted out of the customer network, it needs to apply to the customer and obtain the customer's authorization, and at the same time, comply with local laws and regulations. Customer network data transfer operations must strictly comply with the purpose authorized by the customer, and the transferred data is only used to provide services to the customer.

3.Before the product version upgrade or patch installation, it is recommended that you check the product hash value or digital signature, verify the legitimacy of the upgraded software, and avoid illegal tampering or replacement of the software, which may bring security risks to users.


Copyright © Inspur. All rights reserved

4. Inspur has established a comprehensive emergency response and handling mechanism for product security vulnerabilities to ensure that product security issues are dealt with as soon as possible. If you find any security issues during the use of this product, or seek necessary support for product security vulnerabilities, please contact Inspur customer service personnel directly.

# Symbol Conventions

The following symbols may appear in the text, and their meanings are as follows:

| Symbol | Description |
|---|---|
| Danger | Warning inevitable dangerous situation that could cause death or serious bodily injury, or serious damage to the server. |
| Warning | Warning of potentially dangerous situations which, if not avoided, may result in death, serious personal injury, or server damage. |
| Careful | Used to warn of potentially dangerous situations which, if not avoided, may lead to moderate, minor personal injury, or a server failure. |
| Notice | Transmitting device or environmental safety warning information, if not avoided, may lead to device damage, data loss, degradation of equipment performance or other unpredictable results, "Attention" does not involve personal injury. |
| NOTE | For highlighting important/key information, best practices, tips, etc., "Instructions" is not a safety warning information, does not involve personal, equipment and environmental injuries. |

# Revision History

| Version | Date | Description |
|---|---|---|
| V1.1 | 2020-10-30 | ● Second release<br>● Added log management, monitoring tasks, network topology, service & support, repository management |


Copyright © Inspur. All rights reserved

| Version | Date | Description |
| --- | --- | --- |
| | | functions |
| V1.0 | 2020-03-30 | First release |


Copyright © Inspur. All rights reserved

# Table of Contents

FOREWORD ...III
OVERVIEW ...III
AUDIENCE ...III
SECURITY STATEMENT ...III
SYMBOL CONVENTIONS ...IV
REVISION HISTORY ...IV
TABLE OF CONTENTS ...VI
1 DOCUMENTATION GUIDE ...1
2 OVERVIEW ...2
2.1 INTRODUCTION ...2
2.2 TERMS AND DEFINITIONS ...2
2.2.1 Related Terms ...2
2.2.2 Role Definition ...3
2.3 SYSTEM ICON DESCRIPTION ...4
3 BASIC OPERATION ...5
3.1 LOG IN TO ISPIM ...5
3.2 MODIFY PASSWORD ...5
3.3 SIGN OUT ...5
3.4 SHORTCUT TOOL ...6
4 QUICK GUIDE ...7
4.1 REQUIREMENTS ...7
4.2 QUICK START ...7
5 HOMEPAGE ...9
5.1 CUSTOM HOMEPAGE ...10
5.2 ADD SERVERS ...11
5.3 ADD ALARM RULES ...11
6 ASSET MANAGEMENT ...12
6.1 EQUIPMENT MANAGEMENT INSTRUCTIONS ...12
6.1.1 Equipment Type ...12
6.1.2 Equipment Management Protocol ...13
6.1.3 Equipment Number and License Capacity ...14
6.2 SERVER MANAGEMENT ...14
6.2.1 Add Servers ...15
6.2.2 View Server List ...18
6.2.3 View Server Detail ...19
6.3 CABINET MANAGEMENT ...29
6.4 BLADE MANAGEMENT ...29
6.4.1 Add Blade ...30
6.4.2 View Blade List ...31
6.4.3 View Blade Detail ...32
6.5 ALL-IN-ONE DEVICE MANAGEMENT ...34



Copyright © Inspur. All rights reserved

6.5.1 Add All-in-one Device....34
6.5.2 View All-in-one Device List....36
6.5.3 View All-in-one Device Detail....37
6.6 EDGE DEVICE MANAGEMENT....41
6.6.1 Add Edege Device....41
6.6.2 View Edge Device List....44
6.6.3 View Edge Device Detail....44
6.7 STORAGE MANAGEMENT....49
6.7.1 Add Storage Device....49
6.7.2 View Storage Device List....52
6.7.3 View Storage Detail....53
6.7.4 View Disk Array Detail....59
6.8 NETWORK DEVICE MANAGEMENT....64
6.8.1 Add Network Device....64
6.8.2 View Network Device List....66
6.8.3 View Switch Detail....67
6.8.4 View Router Detail....72
6.8.5 View SDN Device Detail....72
6.9 SECURITY DEVICE MANAGEMENT....76
6.9.1 Add Security Device....76
6.9.2 View Security Device List....78
6.9.3 View Firewall Device Detail....79
6.9.4 View IDS/IPS Device List....83
6.10 GENERAL OPERATION OF EQUIPMENT....83
6.11 DATA CENTER MANAGEMENT....88
6.11.1 Create Data Center....89
6.11.2 Data Center Management....92
6.11.3 View Data Center....94
6.11.4 Power Comsumption Management....98
6.11.5 Power Consumption Optimization....100
6.12 DEVICE GROUPING....106
6.12.1 Custom Group....106
6.12.2 Conditional Group....107
7 MONITORING....108
7.1 LOGICAL CLASSIFICATION OF MONITORING ITEMS....108
7.2 ALARM MANAGEMENT....109
7.2.1 Current Alarm....110
7.2.2 Historical Alarm....114
7.2.3 Masked Alarm....115
7.3 EVENT....116
7.3.1 Event Introduction....116
7.3.2 Event Operation....117
7.4 LOG MANAGEMENT....117
7.5 NOTIFICATION RECORDS....118



Copyright © Inspur. All rights reserved

7.6 Repair Records ... 119
7.7 Monitoring Settings ... 120
7.7.1 Alarm Rules ... 120
7.7.2 Notification Rules ... 123
7.7.3 Masking Rules ... 127
7.7.4 Repair Rules ... 129
7.7.5 Redefine Rules ... 131
7.7.6 Notification Template ... 133
7.7.7 Southbound Trap Settings ... 134
7.7.8 Monitoring Tasks ... 135
8 CONTROL MANAGEMENT ... 137
8.1 Repository ... 137
8.1.1 OS Image Library ... 138
8.1.2 Firmware File Library ... 139
8.1.3 Bundle Management ... 141
8.2 Firmware Upgrade ... 142
8.2.1 Read Before Upgrading ... 143
8.2.2 BMC/BIOS Upgrade ... 144
8.2.3 Other Firmware Upgrade ... 145
8.2.4 Check After Upgrade ... 148
8.3 Firmware Configure ... 149
8.3.1 BIOS Configure ... 149
8.3.2 BMC Configure ... 150
8.3.3 RAID Configure ... 152
8.4 Power Management ... 154
8.5 OS Deployment ... 154
8.5.1 Requirements ... 154
8.5.2 OS Deployment ... 155
8.6 Baseline Management ... 156
8.6.1 Baseline Template ... 157
8.6.2 Baseline Strategy ... 159
9 TOPOLOGY MANAGEMENT ... 162
9.1 View Data Center Topo ... 162
9.2 3D Room Management ... 163
9.2.1 Edit Room Layout ... 164
9.2.2 View Room Information ... 165
9.2.3 View Cabinet Detail ... 167
9.3 Network Topology ... 168
10 REPORTS MANAGEMENT ... 172
10.1 Maintenances Management ... 172
10.2 Alerts Manangement ... 173
10.3 Assets Management ... 174
11 SYSTEM MANAGEMENT ... 176
11.1 User Management ... 176



Copyright © Inspur. All rights reserved

11.1.1 Role Management......176
11.1.2 User Management......178
11.1.3 User Group Management......181
11.2 LOG MANAGEMENT......182
11.3 TASK......182
11.4 LICENSE MANAGEMENT......183
11.4.1 Activate the License......183
11.4.2 License Version Description......184
11.5 NORTHBOUND MANAGEMENT......186
11.5.1 Alert Forwarding......186
11.5.2 NFV......188
11.6 SERVICE&SUPPORT......188
11.7 SYSTEM SETTINGS......190
11.7.1 Set System Params......190
11.7.2 Services Management......191
11.7.3 Certificate Management......197
11.7.4 Proxy Servers......197
11.7.5 NOTE Servers......198
11.7.6 ISFM Config......200
11.7.7 Authentication Server......201
11.7.8 Model Mappers......201
11.7.9 Collector Settings......202
12 FAQ......208
12.1 ISPIM CANNOT LOG IN SUCCESSFULLY, HOW TO SOLVE IT?......208
12.2 AFTER ISPIM IS REINSTALLED DUE TO A FAILURE, DO I NEED TO REACTIVATE IT?......208
12.3 DOES THE MANAGED DEVICE OCCUPY THE LICENSE CAPACITY IF IT IS REINSTALLED DUE TO A FAULT?......208
12.4 WHAT EQUIPMENT DOES ISPIM SUPPORT?......209
12.5 HOW TO CHECK SNMP TRAP SETTINGS?......212
A GETTING HELP......212
A.1 COLLECTING FAULT INFORMATION......212
A.2 USING PRODUCT DOCUMENTATION......213
A.3 OBTAINING TECHNICAL SUPPORT......213


Copyright © Inspur. All rights reserved

# 1 Documentation Guide

**Table 1-1 Documentation Guide**

| Type | Type | Description | Document |
|---|---|---|---|
| Product Overview | Product White Paper | This document describes the architecture, positioning, features, functions of ISPIM. | 《Inspur Physical Infrastruction Manager(ISPIM) V6.0.0 Product White Paper》 |
| Installation and Commissioning | Deploy Guide | This document describes how to install ISPIM and provides common operations and troubleshooting methods. | 《Inspur Physical Infrastruction Manager(ISPIM) V6.0.0 Deploy Guide》 |
| Operation | User Manual | This document describes how to configure and manage ISPIM and provides specification operation instructions. | 《Inspur Physical Infrastruction Manager(ISPIM) V6.0.0 User Manual》 |


Copyright © Inspur. All rights reserved

# 12.5 How to check SNMP Trap settings?

This chapter takes the Inspur NF5280M5 server as an example to introduce how to view the Trap target address of the server in the BMC WebUI page.

## Procedure

**Step 1** In the browser address bar, enter the BMC IP address and click Enter, or in the server list, click the BMC IP of the server to enter the BMC login page of the device. For the Inspur server, you can use (admin/admin) Log in to the BMC management page.

**Step 2** On the BMC management page, select [BMC Settings/Alarm Management] in the navigation tree on the left to enter the alarm management page.

**Step 3** On the alarm management page, in the "Alarm Policy Settings" column in the list below, you can view the information about the alarm policy settings, including: whether it is enabled, LAN channel, alarm type, and alarm target.

**Step 4** Check whether the IP of the "alarm target" has been set as the access IP of ISPIM.

**--end**

NOTE

BMC supports up to three alarm strategies.

# A Getting Help

# A.1 Collecting Fault Information

Before troubleshooting, obtain the following information:

- Customer company and address.
- Contact person and telephone number.
- Time when the fault occurred.
- Detailed fault symptom.
- Device type and software version.
- Any measures taken and effects.



Copyright © Inspur. All rights reserved

- Fault severity and expected rectification deadline.

# A.2 Using Product Documentation

Inspur provides the documents delivered with the equipment. This document provides guidance for users to solve common problems that occur during routine maintenance or troubleshooting.

To better rectify the fault, users are advised to use the guide before contacting Inspur technical support engineers.

# A.3 Obtaining Technical Support

Inspur's timely and efficient response is available from local branch offices, telephone support, remote support, onsite support.

The technical support system of Inspur Electronic Information Industry Co., Ltd. includes:

- Customer service center: (+86)400-860-0011; (+86)800-860-0011.
- Enterprise business website (https://www.inspur.com).



Copyright © Inspur. All rights reserved