# EXHIBIT C



# Inspur Physical Infrastructure Manager (ISPIM) White Paper

Version **V1.1**

Release Date **2020-10-30**

Respected User:

Copyright © Inspur 2017. All rights reserved

No part of this document may be reproduced or modified or transmitted in any form or by any means without prior written consent.

Note: The products, services or features you purchase should be subject to Inspur Group's commercial contracts and terms. All or part of the products, services, or features described in this document may not be within the scope of your purchase or use. Unless otherwise agreed in the contract, Inspur Group makes no express or implied statement or warranty on the contents of this document. The content of this document may be updated from time to time due to product version upgrades or other reasons. Unless otherwise agreed, this document is intended as a guide only, and all statements, information, and recommendations in this document do not constitute any express or implied warranty. Inspur retains ownership of the software and all related intellectual property rights. Any entity that obtains or uses the software shall respect and protect Inspur and related rights holders to the software and related intellectual property rights in accordance with the provisions of laws and regulations and in accordance with the provisions of legal agreements. The respect and protection of the rights shall not be less than the obligations of Inspur to other rights holders.

“Inspur” is a registered trademark of Inspur Group.

“Windows” is a registered trademark of Microsoft Corporation.

“Intel” and “Xeon” are registered trademarks of Intel Corporation.

Other trademarks belong to their respective registered companies.

Service Phone: 4008600011

Address: Inspur Electronic Information Industry Co., Ltd., 1036 Inspur Road, Jinan, China

Postcode: 250101



Copyright © Inspur. All rights reserved

# Foreword

This document mainly introduces the functions, application scenarios, and operation instructions of the ISPIM software.

# Audience

This document is intended for the following engineers:

- Technical Support Engineer
- Maintenance Engineer

# Symbol Conventions

The following symbols may appear in the text, and their meanings are as follows:

| Symbol | Description |
| --- | --- |
|  NOTE | For highlighting important/key information, best practices, tips, etc., "Instructions" is not a safety warning information, does not involve personal, equipment and environmental injuries. |

# Revision History

| Version | Date | Description |
| --- | --- | --- |
| V1.1 | 2020-10-30 | In the second version, the new and optimized functions are as follows:<br>● Added "Edge Box", "All-in-one Machine", "Security Equipment", etc.<br>● Newly added Inspur server full life cycle firmware changes and fault status traceability. |


Copyright © Inspur. All rights reserved

| Version | Date | Description |
|---|---|---|
| | | ● Added automatic topology of physical links and support for manual drawing of network topology.<br>● Added second-level in-band performance monitoring and high-performance HPC cluster monitoring.<br>● Added root cause location and repair suggestions after server downtime and component failure.<br>● Support distributed data analysis framework, support horizontal smooth expansion. |
| V1.0 | 2020-03-30 | First release |


Copyright © Inspur. All rights reserved

# Contents

Foreword....II
Audience....II
Symbol Conventions....II
Revision History....II
Contents....IV
1 Documentation Guide....1
2 About ISPIM....2
2.1 Product Description....2
2.2 Key Technical Features....3
3 System Architecture....5
3.1 Functional architecture....5
3.1 External Interfaces....7
4 Features....9
4.1 Fast and Flexible Equipment Management....9
4.1.1 Unified Management of Heterogeneous Devices....9
4.1.2 SR cabinet Management....10
4.1.3 All-in-one Management....10
4.1.4 Blade Box Management....10
4.1.5 Edge Box Management....10
4.1.6 Network Equipment Management....11
4.1.7 Security Equipment Management....11
4.1.8 Storage Devices Management....11
4.2 Intelligent Component-level Asset Management....11
4.2.1 User Scenario....11
4.2.2 ISPIM Solution....12
4.2.3 Features....13
4.3 Comprehensive Monitoring of Equipment....16
4.3.1 Multi-dimensional Presentation of Equipment Information and Alarms....18


Copyright © Inspur. All rights reserved

4.3.2 Device Alarm Management ........ 21
4.3.3 Equipment Performance Monitoring ........ 23
4.3.4 Equipment Fault Diagnosis ........ 24
4.3.5 Alarm notification ........ 24
4.4 Intelligent Power Consumption Management ........ 25
4.4.1 User Scenario ........ 26
4.4.2 Power Performance History Curve ........ 27
4.4.3 Power Strategy ........ 27
4.4.4 Energy Optimization ........ 28
4.5 Efficient Stateless Management ........ 31
4.5.1 Standardized Baseline Management ........ 32
4.5.2 Efficient and Fast Firmware Management ........ 33
4.5.3 Easy-to-use Deployment Management ........ 39
4.5.4 Unified Image File Management ........ 40
4.6 Visual topology management ........ 41
4.6.1 3D Data Center ........ 41
4.6.2 Network Topology ........ 42
4.7 Intelligent Disaster Recovery Distributed Architecture ........ 44
4.7.1 Collector ........ 45
4.7.2 Analyzer ........ 46
4.7.3 Load Balancer ........ 46
4.8 Vital Security Management ........ 46
4.8.1 User Management ........ 46
4.8.2 Authentication management ........ 47
4.8.3 Security Configuration ........ 47
4.8.4 Certificate Management ........ 47
4.9 Standard Northbound Interface ........ 48
4.9.1 User Scenario Issues ........ 48
4.9.2 ISPIM Solution ........ 48
4.9.3 Customer Value ........ 49


Copyright © Inspur. All rights reserved

5 Deployment......50
5.1 Deployment Method......50
5.1.1 Single-node Deployment......50
5.1.2 High-availability Deployment......50
5.1.3 Collection and analysis cluster deployment......51
5.2 Upgrade Method......51
6 Security......52
6.1 Network Constraints......52
6.2 System Security......54
6.3 Application Security......55
7 Reliability......57
7.1 Cluster Reliability......57
7.2 Data Reliability......57
8 Configuration Requirements......58
A Getting Help......59
A.1 Collecting Fault Information......59
A.2 Using Product Documentation......59
A.3 Obtaining Technical Support......59
B Glossary......60


Copyright © Inspur. All rights reserved

# 1 Documentation Guide

This guide introduces the content of documents related to ISPIM.

**Table 1-1 Documentation Guide**

| Type | Type | Description | Document |
|---|---|---|---|
| Product Overview | Product White Paper | This document describes the architecture, positioning, features, functions of ISPIM. | 《Inspur Physical Infrastruction Manager(ISPIM) V6.0.0 Product White Paper》 |
| Installation and Commissioning | Deploy Guide | This document describes how to install ISPIM and provides common operations and troubleshooting methods. | 《Inspur Physical Infrastruction Manager(ISPIM) V6.0.0 Deploy Guide》 |
| Operation | User Manual | This document describes how to configure and manage ISPIM and provides specification operation instructions. | 《Inspur Physical Infrastruction Manager(ISPIM) V6.0.0 User Manual》 |


Copyright © Inspur. All rights reserved

# A Getting Help

## A.1 Collecting Fault Information

Before troubleshooting, obtain the following information:

- Customer company and address.
- Contact person and telephone number.
- Time when the fault occurred.
- Detailed fault symptom.
- Device type and software version.
- Any measures taken and effects.
- Fault severity and expected rectification deadline.

## A.2 Using Product Documentation

Inspur provides the documents delivered with the equipment. This document provides guidance for users to solve common problems that occur during routine maintenance or troubleshooting.

To better rectify the fault, users are advised to use the guide before contacting Inspur technical support engineers.

## A.3 Obtaining Technical Support

Inspur's timely and efficient response is available from local branch offices, telephone support, remote support, onsite support.

The technical support system of Inspur Electronic Information Industry Co., Ltd. includes:

- Customer service center: (+86)400-860-0011; (+86)800-860-0011.
- Enterprise business website (https://www.inspur.com).

# B Glossary

| Item | Description |
|---|---|
| ISPIM | Inspur Physical Infrastructure Manager |
| BMC | Baseboard Management Controller |
| BIOS | Basic Input Output System |
| RAID | Redundant Arrays of Independent Drives |
| DHCP | Dynamic Host Configuration Protocol |
| DNS | Domain Name System |
| IPMI | Intelligent Platform Management Interface |
| SNMP | Simple Network Management Protocol |