# EXHIBIT D



# Inspur Server NF5280M5
# Operation and Maintenance Guide

Document Version 1.2

Released date 2020-01

# Dear user:

© Copyright Inspur 2017. All rights reserved.

No part of this document may be reproduced or modified or transmitted in any form or manner without prior written consent.

Note: The products, services or features you purchase shall be subject to the business contracts and terms of Inspur group. All or part of the products, services or features described in this document may not be within the scope of your purchase or use. Unless otherwise agreed in the contract, Inspur group does not make any express or implied representations or warranties regarding the content of this document. Due to product version update or other reasons, the content of this document will be updated from time to time. Unless otherwise agreed, this document serves only as a guide to use, and all statements, information and recommendations contained herein do not constitute any warranty: express or implied.

Inspur is the registered trademark of Inspur Group.

Windows is the registered trademark of Microsoft Corporation.

Intel, Xeon are registered trademarks of Intel Corporation.

Other trademarks are the properties of their respective registered companies.

Inspur Electronic Information Industry Co., Ltd.

Address: No.1036 Langchao Road, Jinan, China.

Technical Services Tel: 0086 400 860 0011



Inspur proprietary and confidential information
Copyright Inspur Electronic Information Industry Co., Ltd.

# Preface

## Summary

This manual introduces the fault symptom of Inspur server and the corresponding diagnosis, treatment methods, updating firmware and inspection guidance.

With the guidance of to this manual, you can carry out routine maintenance, take corresponding measures to deal with alarms and faults, understand matters related to patrol inspection, and update corresponding software.

## Readers

This manual is mainly applicable to overseas customers.

## Sign convention

The following signs may appear in this article, and their meanings are as follows.

| Symbol | explain |
|---|---|
|   | It is used to warn of urgent and dangerous situations. If not avoided, it will result in death or serious personal injury. |
|   | It is used to warn of potentially dangerous situations. If not avoided, it may cause death or serious personal injury. |
|   | It is used to warn of potentially dangerous situations. If not avoided, it may cause moderate or minor personal injury. |



Inspur proprietary and confidential information
Copyright Inspur Electronic Information Industry Co., Ltd.

| Symbol | explain |
|---|---|
| Attention | The text marked with this symbol indicates warning information of server or environment safety. If not avoided, it may lead to damages of equipment, data loss, performance degradation or other unpredictable result of equipment.<br>"Attention" does not indicate any physical injury. |
| Directions | The text marked with this symbol indicates important/critical information, best practices, tips, etc. The "instructions" are not safety warning information and are not relevant to physical, equipment and environmental injury information. |


Inspur proprietary and confidential information
Copyright Inspur Electronic Information Industry Co., Ltd.

# Table of Contents

Preface....ii

1 Safety....1

**1.1** General declaration....1

**1.2** Equipment safety....1

**1.3** Matters needing attention in equipment relocation....2

**1.4** Maximum weight allowed to be carried by a single person....3

2 Processing flow....4

3 Processing preparation....5

**3.1** Operational scenario....5

**3.2** Basic skills....5

**3.3** Materials required to read.....5

**3.4** Tool preparation....6

**3.4.1** Hardware tools....6

**3.4.2** Software tool....6

4 Collect information....7

**4.1** Collect log information....7

**4.1.1** System log information....7

**4.1.2** BMC and Black Box Log Information....8

**4.1.3** Hardware log information....9

5 Fault diagnosis and treatment....11

**5.1** Diagnostic principle....11

**5.2** According to the alarm processing fault....11

**5.3** Locate the fault according to the indicators....12

**5.3.1** Front panel indicators....12

**5.3.2** Hard drive status indicator....13



Inspur proprietary and confidential information
Copyright Inspur Electronic Information Industry Co., Ltd.

**5.3.3** Power Status Indicator ........ 14
**5.3.4** Network port indicator ........ 14
**5.4** Dealing with faults according to symptom ........ 15
**5.4.1** Power supply problem ........ 15
**5.4.2** Memory error problem ........ 16
**5.4.3** Hard disk problem ........ 17
6 Updating firmware ........ 18
7 Inspection guide ........ 21
**7.1** Inspection of Server Room Environment and Cable Layout ........ 21
**7.1.1** Precautions for Patrol Inspection ........ 21
**7.1.2** Environmental Inspection of Computer Room ........ 22
**7.1.3** Cable layout inspection ........ 22
**7.2** Server patrol ........ 23
**7.2.1** Precautions for Patrol Inspection ........ 23
**7.2.2** Indicator LED patrol inspection ........ 23
**7.2.3** Check health status through BMC ........ 24
**7.3** Inspection report ........ 25
**7.3.1** Patrol information ........ 25
8 Routine operations ........ 26
**8.1** Simple configuration query ........ 26
**8.2** Management port/multiplexing port IP ........ 27
**8.3** Login to BMC interface. ........ 28
**8.4** KVM control platform ........ 28
**8.5** Introduction to BMC management interface ........ 29
9 Component maintenance ........ 30
**9.1** Upper panel ........ 30
**9.2** Cable maintenance ........ 30
**9.3** Board maintenance ........ 31
**9.3.1** Bracket and baffle ........ 31

Inspur proprietary and confidential information
Copyright Inspur Electronic Information Industry Co., Ltd.

**9.3.2** Gold finger type ...... 31

**9.3.3** Installation rules ...... 32

**9.3.4** CPU correlation ...... 33

**9.4** CPU maintenance ...... 35

**9.5** Memory maintenance ...... 36

**9.6** Hard disk maintenance ...... 37

**9.6.1** Hard disk installation rules ...... 37

**9.6.2** Hard disk bit order ...... 38

**9.6.3** NVME hard drive installation ...... 39

**9.6.4** Hard disk backplane ...... 43

**9.7** Power supply maintenance ...... 44

**9.8** GPU maintenance ...... 44

10 Failure case ...... 47

**10.1** NVME Hot plug exception on NF5280M5 with 24-NVME backplane ...... 47

**10.2** Setting BMC IP in batch through scripts for NF5280M5, resulting BMC disconnection. 47

**10.3** On NF5280M5 new BMC version no longer supports accessing BMC using AD account under SSH ...... 48

11 Appendix: Environmental Protection Statement ...... 49

12 Supporting documents ...... 51



Inspur proprietary and confidential information
Copyright Inspur Electronic Information Industry Co., Ltd.