# EXHIBIT F

inspur 浪潮

# INSPUR NF5280M5 SERVER

## Ultimate Data Center 2-socket Rack Server



Inspur NF5280M5 is a 2U 2-socket rack-mounted server based on the new generation Intel® Xeon scalable processor, optimized for the demand of data center applications. NF5280M5 applies ultimate design concept to provide better performance, scalability and storage, which is particularly suitable for applications such as cloud compute, big data and deep learning.

## Features

### Ultimate Performance

NF5280M5 supports the new generation Intel® Xeon® Scalable processors, with up to 28 cores and 56 threads per CPU, up to 24*DDR4-2666 memories.

24* hot-swap NVMe SSDs full-flash configuration brings 15 billion + IOPS, huge leap on storage. Supporting up to 4 dual-width GPUs or 8 single-width GPUs. Single GPU provides 20 trillion FLOPS which brings more feasibility for deep learning applications.

### Profound Configuration

Supporting up to 20* 3.5" hard drives or 31* 2.5" hard drives in addition to 2* M.2 hard drives to implement massive storage, which is 1.5 times larger than former generation.

Supporting free combination of OCP and PHY network cards with different network interfaces to provide 1G, 10G, 25G and 40G flexible network configurations for different applications.

Supporting 9*PCI-E3.0 slots, 1*OCP/PHY PCIE slot, meeting the system and performance demand of high-end customers.

### Intelligent Management and Security

Conducting real-time monitoring and intelligent isolation and recovering. It adopts open management protocol and INSPUR BMC, which simplifies deployment, management and maintenance, optimized for large scale DC.

Supporting TPM2.0 security control, it conducts trust chain between soft and hardware as BIOS, memory, hard drive, OS and applications to prevent illegal write or replacement from unknown firmware. Ensuring system safe and controllable.

## Parameter

| | |
|---|---|
| **Processor** | |
| Type | Supporting Skylake/Cascade Lake Intel® Xeon® Scalable Processor 1/2 (Platinum, Gold, Silver, Bronze) |
| **Memory** | |
| Type | DDR4 Registered, LR DIMM, AEP |
| Slots | 24 |
| Capacity | Single memory up to 128G |
| **I/O Interface** | |
| USB Interface | 2* front USB interfaces, 2* rear USB interfaces, 2* internal USB interfaces |
| Display Interface | 1* front VGA interface<br>1* rear VGA interface |
| Serial Interface | 1* rear serial interface |
| UID Indicator Interface | 1* UID indicator light and button (1*front, 1*rear) |
| **NIC** | |
| Network Controller | OCP 25Gb, 1/2 interfaces<br>PHY 1Gb/10Gb, 2/4 interfaces |
| **Management** | |
| System Management | Onboard BMC management module, supporting IPMI, SOL, KVM Over IP, virtual media and other management features; providing one 1Gbps RJ45 management interface (supporting NCSI) |
| PCIE Scalable slot | Supporting 9*PCI-E3.0 slots, 1*OCP/PHY PCIE slot |
| | Supporting up to 4 dual-width GPUs or 8 single-width GPUs |
| **Hard Drive** | |
| Interface Type | SAS, SATA, M.2, U.2 |
| Quantity | Front: up to 12*3.5" / 25* 2.5 hard drives<br>Internal: up to 4*3.5" and 2* M.2 SSDs<br>Rear: up to 4*3.5" + 4*2.5" hard drives |
| RAID | RAID0, 1, 3, 10, 1E, 5, 50, 6, 60<br>Cache super capacitance protection, RAID removal and configuration memory |
| **External Storage Drive** | |
| CD-ROM | External USB drive |
| TF Card | Internal Micro SD card |
| **OS** | |
| OS | Microsoft Windows Sever, Red Hat Enterprise Linux, SUSE Linux Enterprise Server, CentOS, VMware ESXi |
| **PSU** | |
| Model | Single / Dual PSU, 1+1 redundant |
| **Physical Specification** | |
| Dimension (W×H×D) | 435mm×87mm×779.5mm |
| Weight | Full configuration<31kg |
| **Environment** | |
| Working Temperature | 5℃～45℃ |

**Inspur (Beijing) Electronic Information Industries Co,.Ltd**
Web: www.inspur.com
Service: 400-860-0011/0531-88546554
Selling: 400-860-6708/800-860-6708/0531-88933376

Copyright © Inspur 2017. All rights reserved.
BJ1709-210-285