# EXHIBIT G



# Contact us

Inspur global business has expanded to 120+ countries and regions, set up 26 branches and representative offices in U.S., U.K., etc, with 12000 business partners, R&D; centers in U.S., Japan, etc, and factories in U.S., Kenya etc., global call center in India.



## Contact Information of Inspur Overseas Offices

Overseas Headquarter

**North America**

**Inspur Systems,Inc.(US Main Office)**



1-800-697-5893
sales@inspursystems.com
1501 McCarthy Blvd., Milpitas, CA 95035
Inspursystems

Europe

Asia-Pacific

Latin America & Caribe

Middle East & Turkey

## Contact Request

- First Name
- Last Name
- Email
- Company
- Telephone
- Country
- My question is regarding :
- Description

I would like to receive news and updates from Inspur.

Yes No

- Verification Code

HYHF

I understand and agree to the use of my personal information by Inspur based on Inspur's Privacy Policy.

Submit

## *Find a Partner*

### Australia

Digicor Pty. Ltd.
+61 (03) 9567 8300
10 Stamford Road, Oakleigh VIC 3166, Australia

### Denmark

Pedab
+45 50 77 01 50
Vibeholms Allé 16 2605 Brøndby

### Estonia

Pedab
+372 502 1266
Lõõtsa 5 11415 Tallinn, Ülemiste City

### France

Pedab
+331 40 94 44 50
280 Boulevard Saint Germain 75007 Paris

### Finland

Pedab
+35 820 775 6360
Laajalahdentie 23 00330 Helsinki

### Hong Kong S.A.R. of China

Eastech Systems Limited
(852) 2799 8882
Room 307, International Plaza, 20 Sheung Yuet Road, Kowloon Bay, Hong Kong

### Hong Kong S.A.R. of China

Nikoyo (HK) Limited
(852)2577-0906
23/F, Oxford House, 979 King's Road, Taikoo Place, Island East, Hong Kong

### India

RP tech India (A Division of Rashi Peripherals Pvt. Ltd)
022 6177 1771
Aristo House, 5th Floor, Junction of N.S.Phadke Road, Telli Gali, Andheri East, Mumbai, 400069

### Israel

INSPIRATION IT LTD
+972 50 5732091, +972 73-212-0500
Atir Yeda Street 11 Kfar Saba

### Korea

Leaders Systems Co., Ltd.
+82-2-717-5950
11, Dangsan-ro 41-gil, Yeongdeungpo-gu, Seoul, Republic of Korea

### Korea

CJ OliveNetworks Co., Ltd.
+82-2-6252-0000
Twin City, 366, Hangang-daero, Yongsan-gu, Seoul

### Lithuania

Pedab
+370 653 77771
Konstitucijos pr. 26 LT-08105 Vilnius

### Latvia

Pedab
+371 67103150
Bauskas iela 58A 905, Riga

### Mexico

Mayoristas de Partes y Servicios, S.A. de C.V.
+52 55 5387 3580
Urbina 5 Parque Industrial Naucalpan, Naucalpan. Estado de México. C.P. 53489. Mexico

### Mexico

Earth Consulting Group S de RL de CV
+52 (55) 5575 9662
Tlacoquemecatl #21, Col. Del Valle Centro, C.P.03100, CDMX, Mexico

### Mexico

Tecnologia en Informatica Multiple SA de CV
+52 55 2727 2348
ADOLFO LOPEZ MATEOS 462, AGUA AZUL SECCION PIRULES, NEZAHUALCOYOTL ESTADO DE MEXICO. C.P 57510

### Mexico

Compañía Integra Soluciones SA DE CV
+52 (55) 5255 2233
Melchor Ocampo #193, PISO 16, Miguel Hidalgo,CDMX,Mexico

### Mexico

GROWJET
+52 55 8435 0838
San Antonio 188 int. 401, Col. Ciudad de los Deportes, 03710, Ciudad de México, México

### Mexico

CONSULTORIA EN TECNOLOGIA MODERNA, S.A. DE C.V.
55-5433 5898/55-69147234/55-27272521
Tejocotes No. 49 A Desp. 401 Colonia del Valle, Benito Juarez, CDMX, C.P. 03100, Mexico

### Mongolia

Tavan Bogd Solutions LLC
+976-75007777
Tavan Bogd Group Head Office, Chingis Avenue Khan-Uul district 2, Ulaanbaatar-17060, Mongolia

### Norway

Pedab
+47 47 65 77 00
Stortingsgata 4 0158 Oslo

### Sweden

Pedab
+46 8 587 237 00
Pipers väg 28 170 73 Solna

Pedab
+47 47 65 77 00
Stortingsgata 4 0158 Oslo

Pedab
+46 8 587 237 00
Pipers väg 28 170 73 Solna

Sri Lanka

Connex Information Technologies Pvt. Ltd
+94 114 693 355
57/3, Flower Road, Colombo 00700

Thailand

SiS Distribution (Thailand) PCL
+66 02 020 3000
9 Pakin Building,9th floor, Room No.901, Ratchadaphisek Road, Din Daeng, Bangkok 10400

Thailand

Grand ATS Co., Limited
+66 0 2159 3604
16 Tambon Prachathipat, Thanyaburi District, Pathum Thani 12130 Thailand

Thailand

MIB Company Limited
+66 026129200
128/347 Phayathai Plaza Building, 32nd floor,Phayathai Road, Thung Phayathai, Ratchatewi Bangkok 10400 THAILAND

Thailand

First One Systems Co.,Ltd
+66 27171060-1
719 KPN Tower 11th floor, Rama 9 Road, Bangkapi, Huay-Kwang, Bangkok 10310 Thailand

Taiwan (Province of China)

ADVANCED SYSTEM & STORAGE CORP
+886-2-2659-1858
5F.,No.196, Zhouzi St.,Neihu Dist., Taipei, Taiwan 11493

## Support

| | |
|---|---|
| Global | 1-844-860-0011/ 1-325-880-0011<br>serversupport@inspur.com |
| France | +33755539456 |
| Poland | 008003211440 |
| Korea | +8280-560-0011/+82 70-4228-7340<br>serversupport_kr@inspur.com |
| China | 800-860-0011/ 400-860-0011/ +85 531 88546554 |
| Germany | +49800-850-0011/+49 7112-0649400<br>serversupport_de@inspur.com |
| Italy | +390697635776 |
| UK | +442045770600 |
| Russia | +7-8001010011/+7-499371961<br>serversupport_ru@inspur.com |
| Japan | 0800-600-0118/ +81 5058402667<br>serversupport_jp@inspur.com |




Copyright © 2023 Inspur. All Rights Reserved
Privacy Policy