# EXHIBIT H






## Group Introduction

### Drive Corporate Growth with Technologies

Inspur group is China's leading cloud computing, big data service provider with four listed companies: Inspur Information, Inspur Software, Inspur International and Inspur Huaguang, covering four large industry groups of cloud data center, cloud services & big data, smart city, and smart enterprises. Inspur offers IT products and services that satisfy the information needs of governments and enterprises in more than 100 countries and regions. In 2019, Inspur identified a data-first strategy to build a platform-type ecosystem of enterprises based on the world's leading cloud data center and cloud service platforms. Working hand in hand with partners, Inspur will facilitate socialization of data and accelerate its pace in transforming into a "new operator" of cloud service, big data, and smart city. The goal is to become a new Internet company that integrates "cloud and data".

### Lead the Development of IT Industry in China

Inspur is the 3rd largest server provider in the world and No.1 in China. It dominated the ERP market for 16 consecutive years, and e-government cloud service market for five years in a row. Inspur is one of the eight national secure and reliable computer information system integration key enterprises, and independently developed China's first mission critical server - K1, making Inspur the fifth company and China, after the United States and Japan, the third country that masters core technologies of high-end servers. K1 also won the National Science and Technology Progress Award in 2014.



### A Long History of Technological Innovation

Founded in the 1940s, Inspur is one of China's first IT brands. From then on, Inspur started its IT adventure powered by technological innovation for more than 40 years. Committed to innovation, Inspur has delivered forward-looking technological breakthroughs and driven China's IT industry at key stages.

## Course of Group Development

**2011**

Inspur developed China's first 32-socket high-end fault-tolerant computer independently, making Inspur the world's fifth company being able to develop such computers.

**2013**

Inspur developed and released K1 system independently, thereby filling the gap in China's mission critical server.

**2015**

Inspur Tiansuo K1 system got the 1st class reward of national technology improvements in 2014.

## Going Global

Inspur has expanded its presence to more than 100 countries and regions across the globe, with R&D; bases and plants in America, Japan, and Hong Kong, and branches and demo centers in 26 foreign countries.

## Group Strength



### Strong Independent R&D; Capability

With an innovation system encompassing basic technologies, generic technologies, key technologies, process and engineering technologies, and industrial plans, Inspur owns the best flexible server production lines and R&D; centers in Asia Pacific. Included in China's first batch of key software companies, Inspur has also set R&D; centers in America, Japan, and Hong Kong.

### Widely Recognized by International Organizations

Being member of many authentic international authorities including Open Stack , SPEC, and TPC, Inspur is now one of the global first class manufacturers. Over the past years, Inspur has break the test records for over 80 times, such as TPC-E, TPC-H, SPECAppServer, SPECPower and so on.



### Global Partners Ecosystems

Globally, Inspur owns over 1,000 large and medium-size channel agents and over 1,000 partners. Its products and solutions are widely adopted in global data center, high performance computing center, tax, education, and intelligent government. While setting up JV with Fortune 500 companies including Cisco, IBM, Microsoft, LG, Ericsson, and Diebold Nixdorf, Inspur has also established strategic partnership with Intel, SAP, VMWARE, NIVIDIA, REDHAT, and so on. Inspur has also worked with UPTEC to train software talents in India.

## News Room

12/10-2020

**Inspur Unveils Cloud SmartNIC Solution Based on NVIDIA DPU a...**

The Inspur Cloud SmartNIC solution deeply integrates the Inspur Server with NVIDIA DPU, enabling the combined capabilities of embedded processing, Sma...

12/09-2020

**Inspur NF5488A5 Nominated as One of the 10 Hottest Enterpris...**

Inspur NF5488A5 is nominated by CRN as one of the 10 hottest enterprise servers of 2020 globally.

11/27-2020

**OCP China Day Was Successfully Held to Spur Open-Source Inno...**

November 19, 2020 – The Open Computer Project (OCP) China Day 2020 was recently successfully held in Beijing as part of OCP Tech Week, attracting over...

*View All* ▶

## Lead with Continuous Innovation

As a large-scale IT group that stands out in both software and hardware, Inspur, guided by innovation and down-to-earth attitude, keeps driving informatization across industries and making IT applications changing people's lives and making people's dreams come true at a speed never seen before in history. At Inspur, we believe that hard work brings success, and innovation makes future. Inspur will remain committed to innovating and offering high-quality products and services to users, and boosting social development through IT application. Hand in hand with its users, Inspur is delivering on new dreams with lasting passion to explore the world.