# EXHIBIT I

You have reached the cached page for
https://www.scmp.com/tech/tech-war/article/3212796/tech-war-china-listed-unit-server-maker-inspur-us-trade-blacklist-changes-domicile-location-2km

Below is a snapshot of the Web page as it appeared on **8/24/2024** (the last time our crawler visited it). This is the version of the page that was used for ranking your search results. The page may have changed since we last cached it. To see what might have changed (without the highlights), go to the current page.

Bing is not responsible for the content of this page.

South China Morning Post




Tech / Tech War

# Tech war: China-listed unit of server maker Inspur on US trade blacklist changes domicile to a location 2km from parent

- The company did not give any reason for the change, but the decision was made just days after the US added parent Inspur Group to the Entity List

- Details are sketchy on whether Inspur Group's affiliated entities that are not on the sanctions list can purchase American semiconductors

**US-China tech war** + FOLLOW



**Che Pan** in Beijing and **Ben Jiang** in Beijing

Published: 6:30pm, 8 Mar 2023

Why you can trust SCMP

Advertisement

Shenzhen-listed Inspur Electronic Information Industry Co, the main listed vehicle of Chinese server maker Inspur Group that was added to a US trade blacklist last week, held a board meeting this week to change its domicile to an address about two kilometres away from its parent group.

In a corporate filing, the company did not give any reason for the change, but the decision was made just days after the US Department of Commerce added Inspur Group, which owns a 36 per cent equity stake in the unit, to Washington's Entity List for allegedly obtaining US technologies in support of China's military modernisation. US exporters must obtain a government licence to sell any American products or services to companies on the list.

Although the listed vehicle, which is a separate entity from its parent group in legal terms, is not on the Entity List, its share price has been hammered. Its Shenzhen-traded shares have lost over 20 per cent since Washington blacklisted parent Inspur Group, and turnover of the stock hit an all-time high on Monday, indicating that investors are panic-selling over fears about its business prospects if it loses access to the advanced chips it needs to power its servers.

The change of corporate domicile, from the address of its sanctioned parent to a nearby office building within the same postcode zone in the city of Jinan, capital of eastern Shandong province, partly reflects the limited options available to Chinese tech firms when it comes to mitigating the risks of US sanctions given their reliance on American components or technologies, analysts said.