# EXHIBIT J

Service Policy
web.archive.org/web/20230209071933/https://en.inspur.com/en/feedback/warranty_policy/index.html
Incognito
https://en.inspur.com/en/feedback/warranty_policy/index.html
7 captures
NOV FEB 09 2022 2023



# *INSPUR Hardware Warranty Policy*

### 1.Introduction

INSPUR warrants that all Inspur - branded hardware products shall provide a period of three (3) year warranty. This document describes Warranty Service, including a detailed description of service-level
The warranty terms and conditions may vary by country, and some services and/or parts may not be available in all countries. For more information about warranty services in your country, contact Inspur technical support or Inspur local office.

### 2.Warranty Terms and Conditions

Warranty Start Date : The warranty starts on the 30th day after the date of the product shipment from INSPUR or the date on which customer receives product, whichever is earlier.
INSPUR warrants that the hardware products that the customer have purchased from INSPUR shall be free from defects in materials and workmanship under normal use consistent with the product instructions during the Warranty Period. In the event that INSPUR receives notice during the warranty period that any Hardware does not conform to its specifications, INSPUR shall, at its sole discretion, repair or replace the non-conforming hardware in accordance with this warranty. INSPUR replacement parts used in Hardware replacement may be new or equivalent to new in performance and reliability.

**RMA Replacement/ Repair Service**

INSPUR will ship a repaired or replacement part after INSPUR received the defective part. If the Advance Hardware Replacement is applicable, INSPUR will ship a replacement material directly to Customer if the hardware is deemed as defective under a valid RMA number in NBD (Next Business Day) . The delivery times may vary depending on different customer site location. The customer is required to :
A, Return the defective hardware to INSPUR designated service center, in the packaging that arrives with the replacement unit, within ten (10) business days of RMA approval. Please remove any confidential, proprietary, or personal information that is stored on the defective unit before it is returned to INSPUR. In the event the equipment is not returned within this period, INSPUR reserves the right to charge for the purchase price of the product/parts provided.
B, Each party is responsible for the freight (return or shipping cost) respectively. If INSPUR determines that the faulty item does not meet the conditions of the warranty specified in this document, customer can either pay for the repair service or return the defective equipment to you at your own cost.
C, INSPUR warrants any expansion, repaired or replaced products/parts for ninety (90) days from shipment, or the remaining of the initial warranty period, whichever is longer.
INSPUR reserves the rights to revise or adjust the service deliverables of INSPUR Service Level Agreement due to the limited regional service resource. INSPUR will provide the mutual agreed support service to Customers upon INSPUR availability.

**Warranty Exclusions**

INSPUR does not guarantee that there will be no interruptions or mistakes during the use of the products. INSPUR will not undertake any responsibility for the losses arising from any operation not conducted according to Inspur Hardware Products.
The Warranty Service Terms & Conditions do not apply to consumable parts, as well as any products the serial number of which falls off, is damaged or obscure for the following reasons:

- The serial number of INSPUR product or component has been removed or damaged.
- Any product defect rendered as a result of accident, misuse, abuse, contamination, improper or inadequate maintenance or calibration or other external causes.
- Any failure caused by virus infection, third party software, interfacing, parts or supplies that are not supplied by INSPUR.
- Any damage caused by improper site preparation or maintenance or use under abnormal conditions.

web.archive.org/web/20230209071933/https://en.inspur.com/en/feedback/warranty_policy/index.html

Incognito

https://en.inspur.com/en/feedback/warranty_policy/index.html

7 captures

NOV FEB MAR
09
2022 2023 2024

- Loss or damage in transit.
- The product has been modified or serviced by non-authorized personnel.
- Any damage to or loss of any personal data, programs, or removable storage media.
- The restoration or reinstallation of any data or programs except the software installed by INSPUR when the product is manufactured.
- Any consumable parts, such as, but not limited to, battery or protective coating that is diminished over time, unless the failure has occurred during DOA period, such failure caused by Inspur's material or workmanship.
- Any cosmetic damage, such as, but not limited to, scratches, dents, broken plastics, metal corrosion, or mechanical damage unless the failure has occurred during DOA period due to a defect in ISNPUR's material or workmanship.
- Any engineering sample, evaluation unit or non-mass production product is not covered under warranty service.
- Any solid-state drive (SSD) the usage of which has reached its write

IN NO EVENT WILL INSPUR BE LIABLE FOR ANY DIRECT LOSS OF USE, INTERRUPTION OF BUSINESS, LOST PROFITS, OR LOST DATA, OR INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, EVEN IFINSPUR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE, AND WHETHER OR NOT ANY REMEDY PROVIDED SHOULD FAIL OF ITS ESSENTIAL PURPOSE.

## *Inspur IT Hardware Product Recycling Policy*

### Introduction

The purpose of inspur under the IT Hardware product recovery policy is to enable inspur to recover waste electronic equipment and related components from customers for proper recycling or reuse.

### Scope

This Policy applies to Inspur's customers, pertains to all the IT Hardware product including, but not limited to, retired product and product previously used when product reaches the end-of-life or end-of-use.

### Policy Statement

1.Inspur and its partners shall provide disposition services to include remanufacturing, repair, reuse, and recycling for all IT Hardware product in scope for this policy.
2.Where remanufacture or reuse is not a viable option, every reasonable effort will be made to control all electronic waste and to minimize electronic waste from entering environmentally irresponsible processes.
3.Inspur IT Hardware product recycle partners shall contractually commit to employing environmentally responsible processes and practices in the recycling and disposal of materials.
4.All exports and imports of end-of-use IT Hardware product and electronic waste handled by Inspur and its IT Hardware product recycle partners will comply with existing international environmental and waste shipment conventions, agreements, local laws and other legal requirements.
5.Data storage media involving data confidentiality shall be properly handled without affecting the security of customer data.
6.Inspur records destruction certificates for each shipment, including materials, weight and other data.
7.Inspur provides a variety of services in IT Hardware product recycling policy, including data removal, packaging and transportation of materials, rational disposal and reuse.
8.Subject to the provisions of applicable local laws, the customer may be entitled to additional statutory benefits which are not affected by the terms and conditions of service attached to Inspur products or the limited warranty of Inspur.

### Service Offering

1. Collection of product from the customer's location and transportation to a Inspur authorized processing facility.

Service Policy
web.archive.org/web/20230209071933/https://en.inspur.com/en/feedback/warranty_policy/index.html
Incognito
https://en.inspur.com/en/feedback/warranty_policy/index.html
7 captures
NOV FEB MAR
09
2022 2023 2024

2. Reasonably reuse or dispose the recycled equipment.
3. Where national legislation dictates that other services should be offered, we will adapt our service to be compliant.

### Responsibilities of Inspur

1. Inspur and its partners shall at all stages of the disposition channel comply with all applicable international, regional, national and local laws and conventions
2.Inspur can provide transportation services to recycle the equipment at the customer's designated location, but there may be a charge for packing and shipping services. Transportation service may incur cost if not required under national legislation. Costs will be determined and quoted individually based on current market prices.
3.There is typically no charge for recycling of Inspur brand hardware products after delivery of hardware to recycling centers or collection points.
4.Inspur will inform the customer of the final use of the recycled materials.
5. Inspur and its partners must have a recycling management system with performance requirements, and maintain ISO certification.

### Responsibilities of Customer

1. The equipment provided by the customer shall be consistent with the information provided.
2. Consider data security, data storage media such as hard drives should be removed or deleted by customer before recycled.
3.When too few materials (less than one cubic materials or one full pallet) need to be recycled, the customer may have to arrange their own transportation.
4. The customer shall provide detailed information when applying for recovery, including but not limited to: equipment information, delivery address, contact person, contact information and delivery method etc.
5. If the customer chooses Inspur to provide the transportation and package service, Inspur or Inpsur's recycle service partners will go to the designated location to collect the equipment, customer normally should place the material at the loading dock or grand floor.
6. If customers arrange their own deliveries, the equipment should be packed to ensure that the equipment will not be damaged, and deliver to designated place after packing.

### How to apply for recycle services

Customers can contact the following email address to require the recycle service and provide detail information includes: Equipment model, quantity, contact information, equipment location, type of shipping, etc.
E-mail: serversupport@inspur.com



Copyright © 2023 Inspur. All Rights Reserved
Privacy Policy