**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY<br>Plaintiff<br>v.<br>INSPUR GROUP CO., LTD., et al.<br>Defendants | CASE NO. 4:24-CV-02220-JST<br><br>**REPLY DECLARATION OF BENYI XU IN SUPPORT OF DEFENDANT INSPUR GROUP CO., LTD.'S MOTION TO DISMISS** |

I, Benyi Xu, hereby declare and state:

1. I am Deputy Manager of Inspur Group Co., Ltd. ("Inspur Group") Legal Department. I have been employed by Inspur Group since April 2019. Except as stated otherwise, I have knowledge of the facts contained in this declaration. If called as a witness, I am prepared to testify to these facts under oath.

2. I submitted a prior declaration in support of Inspur Group's motion to dismiss Hewlett Packard Enterprise Company's claims against Inspur Group. (ECF No. 84-1.) I incorporate that declaration by reference into this declaration.

3. In my prior declaration (ECF No. 84-1) and in this declaration, when I say that Inspur Group "has not" done something, I mean that Inspur Group has never done that thing at any time from 2018 to the present.

4. Inspur Group has not delivered any Accused Products to anywhere in the United States.

5. Inspur Group has not drafted, written or revised any technical documents or specifications for the Accused Products.

6. Inspur Group has not owned or controlled the email addresses serversupport@inspur.com, serversupportusa@inspur.com, and sales@inspursystems.com.

7. Inspur Group has not owned or controlled any telephone numbers in the United States, including 400-860-0011, 800-860-0011, 844-860-0011, 646-517-4966, 800-697-5893, and 325-880-0011.

8. Each of the phone numbers listed in paragraph 7 automatically directs callers to an automated system, which in turn directs callers to other companies—not to Inspur Group. Inspur Group plays no role in managing calls to or from these numbers.

9. Inspur Group has not shipped any Accused Products anywhere in the world.

10. Inspur Group has not manufactured any Accused Product.[1]

11. Inspur Group has not sold any Accused Product.

12. Inspur Group is a shareholder of IEIT. Inspur Group does not control IEIT's business.

13. No one from Inspur Group attended any of the following NVIDIA conferences on behalf of Inspur Group: GPU Technology Conference 2017 ("GTC 2017"), Supercomputing Conference 2018 ("SC 2018"), GPU Technology Conference 2019 ("GTC 2019"), and GPU Technology Conference 2020 ("GTC 2020").

14. If Inspur Group and IEIT ever had the same physical address, that was because the address applies to an entire industrial park that hosts multiple companies. Inspur Group and IEIT have never shared a physical office.

15. None of the documents included in HPE's complaint contain Inspur Group's contact information or commercial contract terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[1] "Accused Product" has the same meaning as in my prior declaration (ECF No. 84-1).

Executed on the 16th day of September, 2024 in the City of Jinan, Shandong Province, China.

Benyi Xu