Kevin W. Kirsch, SBN 166184
kkirsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215-4138
T: 614-228-1541
F: 614-462-2616

Attorney for Defendant
INSPUR GROUP CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY<br>Plaintiff<br>v.<br>INSPUR GROUP CO., LTD., et al.<br>Defendants | CASE NO. 4:24-CV-02220-JST<br>**REPLY DECLARATION OF KEVIN W. KIRSCH IN SUPPORT OF DEFENDANT INSPUR GROUP CO., LTD.'S MOTION TO DISMISS** |

I, Kevin W. Kirsch, hereby declare and state:

1. I am an attorney at law duly licensed to practice before all the courts of the state of Ohio and the state of California. I am a partner at Baker & Hostetler LLP and counsel for Defendant Inspur Group Co., Ltd. ("Inspur Group"). I have knowledge of the facts contained in this declaration. If called as a witness, I am prepared to testify to these facts under oath. I submit this reply declaration in support of Inspur Group's Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of Descartes Datamyne's search result page for the query "Inspur Group" in the "consignee declared" search field, as retrieved on September 13, 2024.

3. Attached as Exhibit B is a true and correct copy of Descartes Datamyne's search result page for the query "Inspur AND Group" in the "consignee declared" search field, as retrieved on September 13, 2024.

4. Attached as Exhibit C is a true and correct copy of Descartes Datamyne's search result page for the query "Inspur Group Co., Ltd" in the "consignee declared" search field, as retrieved on September 13, 2024.

5. Descartes Datamyne gathers data from the United States Customs and Border Patrol and combines it with its own proprietary information to yield importer of records. Descartes Datamyne advertises its business as "accurately documenting import-export transactions in the Americas" and being "home to the world's largest searchable trade database, covering 230 markets in five continents."[1]

6. On September 13, 2024, searches of the Descartes Datamyne database revealed that Inspur Group has not been listed as a consignee declared[2] of any imports to the United States from January 1, 2018, to September 11, 2024.

7. Specifically, a search of the term "Inspur Group" in the "consignee declared" search field yielded no results for imports to the United States from January 1, 2018, to September 11, 2024. *See* Exhibit A.

8. A search of the Boolean terms "Inspur AND Group" in the "consignee declared" search field yielded no results for imports to the United States from January 1, 2018, to September 11, 2024. *See* Exhibit B.

9. A search of the term "Inspur Group Co., Ltd." in the "consignee declared" search field yielded no results for imports to the United States from January 1, 2018, to September 11, 2024. *See* Exhibit C.

---

[1] *About Descartes Datamyne*, Descartes Datamyne, https://www.datamyne.com/about-us/ (last visited Sept. 16, 2024).

[2] A consignee is "[t]he person named in a bill to whom or to whose order the bill promises delivery." *Consignee*, Black's Law Dictionary (12th ed. 2024).

10. The searches of Descartes Datamyne's records demonstrate that Inspur Group has not imported any goods, including the Accused Products,[3] in the United States from January 1, 2018, to September 11, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of September, 2024 in Columbus, Ohio.

*/s/ Kevin W. Kirsch*
Kevin W. Kirsch

[3] "Accused Products" has the same meaning as in the prior declaration of Benyi Xu (ECF No. 84-1).