# Exhibit B

DESCARTES Datamyne    September 13, 2024 1:52 PM    Tung Nguyen

Dates Available:
**Jan 1, 2004** to **Sep 11, 2024**

**Refine results**
(Metric Tons represent latest 12 months)
No results to refine.

**More Filters**

- Consignee Email
- Consignee Telephone
- Consignee Type
- Consignees Blank
- Consignees Not Blank
- Containerized
- Metric Tons

Home / United States / Cargo HOUSES / In Transit : No

View Alert | Load Query | Save

# USA Bills Import HOUSES

Consignee Declared | Type text to search | AND | Search

01/01/2018 - 09/11/2024 | Apply

Queries detail   Clear All

**Advanced Query**

Consignee Declared : "inspur AND group*"

Result View | Visualize View | Trend by | Total by | Buyer | Supplier | Grid Report | Rankings | Duty Rates | **NEW:** Contacts

Results [ **0** shipments]

Excel

| Row | Date | Bill of Lading Nbr. | Consignee Declared | Shipper Declared | Short Container Description | Country of Origin | Port of Arrival | Final Destination | Weight | Weight Unit | Quantity | Quantity Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No rows matched. **How can we help? Click here.** | | | | | | | | | | | | |
| Row | Date | Bill of Lading Nbr. | Consignee Declared | Shipper Declared | Short Container Description | Country of Origin | Port of Arrival | Final Destination | Weight | Weight Unit | Quantity | Quantity Unit |

First | Previous | 1 | Next

Obs.: DATA SUBJECT TO MODIFICATIONS
**Source:** U.S. Customs and Border Protection (CBP)
Country of Origin - HS code

Terms of Use | ©2024 Descartes.