# EXHIBIT C

# Jones, Sally

**From:** Jones, Sally
**Sent:** Wednesday, September 4, 2024 6:06 PM
**To:** ahenriquez@nixonpeabody.com; bstroy@nixonpeabody.com; Colletti, Robert; Haug, Ed; sf.managing.clerk@nixonpeabody.com; Srao@maynardnexsen.Com
**Cc:** DLA-HPE-Inspur
**Subject:** HPE v. Inspur Group, et al. N.D. Cal. 5:24-cv-2200: Correspondence from A. Whitesell
**Attachments:** 2024.09.04 A. Whitesell Letter to KAYTUS.pdf

Counsel:

Please see the attached correspondence from Angela Whitesell regarding the above-referenced case.

Thank you.


Sally D Jones
Legal Executive Assistant

T +1 713 425 8473
M +1 281 965 4226
sally.jones@us.dlapiper.com

**DLA Piper LLP (US)**
845 Texas Avenue
Suite 3800
Houston, TX 77002-2946

DLA PIPER

dlapiper.com

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Angela C. Whitesell
angela.whitesell@dlapiper.com
T 302.468.5644
F 302.778.7914

September 6, 2024
*VIA E-MAIL*

Edgar H. Haug
Robert E. Colletti
Haug Partners LLP
745 Fifth Avenue
New York, NY 10151

Sasha G. Rao
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111

***Hewlett Packard Enterprise Co. v. Inspur Group Co., Ltd. Et al.*, 5:24-cv-2200 (N.D. Cal.)**

**Re: Deficiencies in Kaytus's Initial Responses to HPE's First Set of Requests for Production**

Dear Counsel**:**

I write on behalf of Hewlett Packard Enterprise Company ("HPE") regarding Kaytus Singapore PTE LTD.'s ("Kaytus") deficient discovery responses and upcoming invalidity contentions. Because HPE's review of the discovery requests is ongoing, HPE reserves the right to raise additional deficiencies in Kaytus' discovery responses.

**I. <u>Requests for Production</u>**

Discovery opened following the Rule 26(f) conference on July 9, 2024, which was attended by representatives for all parties. *See* Fed. R. Civ. Pro. 26(d). HPE served its first set of Requests for Production on that day. Instead of engaging in the litigation process in good faith, Kaytus states it "will not search for or produce documents until the Court resolves all motions to dismiss filed by Kaytus."

Defendants requested that discovery be stayed until all jurisdictional issues have been resolved, but the Court did not grant that request at the Case Management Conference. *See* ECF No. 76 ¶ 7. In addition, "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *See*, *e.g.*, *SVB Financial Group v. Federal Deposit Insurance Corp.,* No. 23-cv-06543-BLF, 2024 WL 1898439 (N.D. Cal. Apr. 29, 2024). Thus, discovery has commenced. Kaytus cannot unilaterally excuse itself from its discovery obligations.

As an immediate and pressing matter, HPE is entitled to Kaytus' fulsome responses to Request Nos. 1, 3-6, 8, 29, 34-36, 41, and 42 (including by production of documents), which are directly relevant to the issue of jurisdiction that will inform HPE's opposition to Kaytus' motion to dismiss. We expect Kaytus to provide substantive responses (rather than merely objections) and produce documents responsive to these RFPs by September 6, 2024.

Kaytus also must promptly produce discovery necessary for HPE's forthcoming damages contentions, including by producing documents responsive to Request Nos. 9, 10, and 23-26.

**I. <u>Invalidity Contentions</u>**

On August 13, 2024, in compliance with the Local Patent Rules ("LPR"), HPE served its Initial Infringement Contentions pursuant to LPR 3-1 and Accompanying Document Production pursuant to LPR

3-2. This triggered the 45-day deadline for Kaytus to serve its Initial Invalidity Contentions under LPR 3-3 and Accompanying Document Production under LPR 3-4. Accordingly, Kaytus must comply with LPR 3-3 and 3-4 no later than September 27, 2024.

## II. Need for a Meet and Confer

To the extent Kaytus does not agree to any of HPE's requests above, please provide by Friday, September 6, 2024, your availability to meet and confer next week.

Best regards,

*/s/ Angela C. Whitesell*

Angela C. Whitesell
Counsel for Hewlett Packard Enterprise Company