# EXHIBIT D

## Burns IV, Michael

**From:** Yamashita, Brent
**Sent:** Tuesday, October 1, 2024 12:19 PM
**To:** kkirsch@bakerlaw.com; Mori, Aima; Samuels, Andrew; Qin, Sally
**Cc:** DLA-HPE-Inspur
**Subject:** RE: HPE v. Inspur Group | Paragraph H Discovery Dispute Letter

Counsel,

We informed you during the meet and confer last Thursday that we would send HPE's portion of the Paragraph H letter on Monday and that we expected Inspur Group to return their portion to us quickly, so that we could file it with the Court this week. You did not raise the issue of the Chinese holiday during that call and have no reason to accuse HPE of "tak[ing] advantage" of them now.

In any event, HPE is happy to accommodate the Chinese Golden Week. Please send us your portion by 5 ET on Wednesday, October 9th.

Best regards,
Brent


Brent K. Yamashita
Partner

T +1 650 833 2348
F +1 650 687 1206
M +1 650 996 2945
brent.yamashita@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com


---

**From:** Kirsch, Kevin W. <kkirsch@bakerlaw.com>
**Sent:** Monday, September 30, 2024 5:44 PM
**To:** Mori, Aima <Aima.Mori@us.dlapiper.com>; Samuels, Andrew <asamuels@bakerlaw.com>; Qin, Sally <sqin@bakerlaw.com>
**Cc:** DLA-HPE-Inspur <DLA-HPE-Inspur@us.dlapiper.com>
**Subject:** RE: HPE v. Inspur Group | Paragraph H Discovery Dispute Letter

⚠ EXTERNAL MESSAGE

Counsel,

Thank you for providing your portion of the 5-page joint letter on September 30th at 4:33 pm Eastern. You are well aware that there is a Chinese holiday from October 1st -7th. So, there is no chance that we will be filing this document on October 3rd. We will work diligently to provide you with our portion of this letter, but do not set arbitrary, self-serving deadlines that clearly conflict with and try to take advantage of Chinese Holidays again.

All the best,

Kevin

---

**From:** Mori, Aima <Aima.Mori@us.dlapiper.com>
**Sent:** Monday, September 30, 2024 4:30 PM
**To:** Samuels, Andrew <asamuels@bakerlaw.com>; Qin, Sally <sqin@bakerlaw.com>; Kirsch, Kevin W. <kkirsch@bakerlaw.com>
**Cc:** DLA-HPE-Inspur <DLA-HPE-Inspur@us.dlapiper.com>
**Subject:** HPE v. Inspur Group | Paragraph H Discovery Dispute Letter

[External Email: Use caution when clicking on links or opening attachments.]

Counsel,

Pursuant to Paragraph H of Judge Tigar's May 1, 2024 Standing Order, enclosed is HPE's portion of the 5-page joint letter regarding the parties' discovery dispute as to Inspur Group's refusal to engage in discovery. HPE reserves the right to revise its portion of the letter to address any additions by Inspur Group.

HPE intends to file this letter on Thursday, October 3. Please send us Inspur Group's portion of the joint letter by 5 ET on Wednesday.

Best regards,
Aima


Aima Mori
Associate

T +1 312 368 2126
F +1 312 251 5726
aima.mori@us.dlapiper.com

**DLA Piper LLP (US)**
444 West Lake Street
Suite 900
Chicago, IL 60606-0089

dlapiper.com



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.

If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.