SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
ERIN P. GIBSON (Bar No. 229305)
erin.gibson@us.dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

***Attorneys for Plaintiff Hewlett Packard Enterprise Company***

*[Additional Counsel in Signature Block]*

HELENA D. KIEPURA (*pro hac vice*)
helena.kiepura@us.dlapiper.com
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

AMY LYDON (*pro hac vice*)
Amy.Lydon@us.dlapiper.com
CLAIRE SCHUSTER (*pro hac vice*)
claire.schuster@us.dlapiper.com
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,

Plaintiff,

v.

INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; and KAYTUS SINGAPORE PTE. LTD. known as Kaytus Systems PTE. LTD, a Singapore company.

Defendants.

Case No. 4:24-cv-2220-JST

**STIPULATED MOTION TO STAY ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT**

Date: May 1, 2025
Time: 2:00 p.m.
Courtroom: 6, 2nd Floor
Judge: The Honorable Jon S. Tigar

NOTICE IS HEREBY GIVEN that the above-captioned action, *Hewlett Packard Enterprise Company v. Inspur Group Co. Ltd., et al.*, Case No. 4:24-cv-02220-JST, has been resolved due to a settlement in principle between Plaintiff Hewlett Packard Enterprise Company ("HPE") and Defendants Inspur Group Co., Ltd, IEIT Systems Co. Ltd., Aivres Systems Inc., Betapex Inc., and Kaytus Systems PTE, Ltd. The parties anticipate filing a motion to dismiss no later than 60 days from today's date (*i.e.*, by May 23, 2025) after the agreement is finalized and all conditions for dismissal are satisfied as agreed to in principle among the parties.

Based on the foregoing, pursuant to Civil L.R. 7-11 and 7-12, the parties respectfully move for an Order staying all motions, hearings and deadlines in this matter for 60 days, including HPE's amended complaint deadline, the joint proposal for jurisdictional discovery deadline, the Joint Case Management Statement deadline, and the Case Management Conference.

The parties do not submit this request for purposes of delay, but rather so that parties may have the necessary time to finalize the settlement agreement and fulfill certain conditions specified in the parties' settlement agreement required for dismissal of this matter.

Dated: March 24, 2025

Respectfully submitted,

By: */s/ Sean C. Cunningham*

Sean C. Cunningham (Bar No. 174931)
sean.cunningham@us.dlapiper.com
Erin P. Gibson (Bar No. 229305)
erin.gibson@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

Brent K. Yamashita (Bar No. 206890)
Brent.Yamashita@us.dlapiper.com
**DLA PIPER LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Helena D. Kiepura (*pro hac vice*)

helena.kiepura@us.dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

Amy Lydon (*pro hac vice*)
Amy.Lydon@us.dlapiper.com
Claire Schuster (*pro hac vice)*
Claire.schuster@us.dlapiper.com
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

Michael L. Burns (*pro hac vice*)
michael.burns@us.dlapiper.com
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

Angela C. Whitesell (*pro hac vice*)
angela.whitesell@us.dlapiper.com
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5700
Facsimile: 302.394.2341

Aima Mori (*pro hac vice*)
aima.mori@us.dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 251-5710
Facsimile: (312) 236-7516

Michael Saulnier (*pro hac vice*)
Michael.saulnier@us.dlapiper.com
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7234

Facsimile: (512) 721-2234

*Attorney for Plaintiff Hewlett Packard Enterprise Company*

*/s/ David Eiseman*
David Eiseman (Bar No. 114758)
davideiseman@quinnemanuel.com
Elle Xuemeng Wang (Bar No. 328839)
ellewang@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (Bar No. 245782)
marktung@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorney for Defendant IEIT Systems Co., Ltd*

Kevin W. Kirsch (Bar No. 166184)
kkirsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215-4138
Telephone: (614) 228-1541
Facsimile: (614) 462-2616

*Attorney for Defendant INSPUR GROUP CO., LTD.*

Arthur J. Bobel (Bar No. 251988)
abobel@leydig.com
Gerald T. Gray (Bar No. 184567)
ggray@leydig.com
**LEYDIG, VOIT & MAYER, LLP**
The Atrium Building
1981 N. Broadway, Suite 375
Walnut Creek, CA 94596
Telephone: (925) 482-0100

Facsimile: (925) 482-0110

Gregory C. Bays (*pro hac vice*)
gbays@leydig.com
Aaron R. Feigelson (*pro hac vice*)
afeigelson@leydig.com
Christopher J. Gass (*pro hac vice*)
cgass@leydig.com
Leonard Hua (*pro hac vice*)
lhua@leydig.com
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6780
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorney for Defendants*
*Aivres Systems Inc. and Betapex Inc.*

Edgar H. Haug (*pro hac vice*)
EHaug@haugpartners.com
Robert E. Colletti (*pro hac vice*)
RColletti@haugpartners.com
**HAUG PARTNERS LLP**
745 Fifth Avenue, New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Sasha G. Rao (Bar No. 244303)
srao@nixonpeabody.com
Brandon H. Stroy (Bar No. 289090)
bstroy@nixonpeabody.com
**Nixon Peabody LLP**
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: 415-984-8200

*Attorney for Defendant KAYTUS SYSTEMS PTE. LTD.*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

/s/ *Sean C. Cunningham*
Sean C. Cunningham