**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>INSPUR GROUP CO., LTD., a Chinese Corporation; INSPUR ELECTRONIC INFORMATION INDUSTRY COMPANY, LTD., a Chinese company; AIVRES SYSTEMS INC., f/k/a INSPUR SYSTEMS, INC., a California corporation; BETAPEX INC., f/k/a INSPUR ASSET HOLDINGS, INC., a California corporation; INSPUR USA INC., a Washington corporation; and KAYTUS SINGAPORE PTE. LTD. known as Kaytus Systems PTE. LTD, a Singapore company.<br><br>Defendant(s). | Case No. 4:24-cv-2220-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY PENDING SETTLEMENT**<br><br>Date: May 1, 2025<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: The Honorable Jon S. Tigar |

Having considered the parties' Stipulated Motion to Stay All Pending Deadlines in This Matter and Notice of Settlement, IT IS HEREBY ORDERED that all motions, hearings, and deadlines in this matter, including HPE's amended complaint deadline, the parties' joint proposal

for jurisdictional discovery deadline, the parties' Joint Case Management Statement deadline, and the Court's Case Management Conference are stayed as to all parties in this case for 60 days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

________________________________________
UNITED STATES DISTRICT COURT JUDGE