# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INSPUR GROUP CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02220-JST<br><br>**ORDER GRANTING MOTION TO STAY AND DISMISSING UPON SETTLEMENT**<br><br>Re: ECF No. 113 |

The parties have filed a stipulated motion to stay all pending deadlines and notice of settlement. ECF No. 113. The motion is granted. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: April 1, 2025



　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　United States District Judge